APPEAL,CLOSED,TYPE−B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:01−cv−02244−JDB</u>

OWENS, et al v. REPUBLIC OF SUDAN, et al
Assigned to: Judge John D. Bates
Demand: $315,000,000
 Cases:  1:14−cv−02090−JDB
             1:14−cv−02118−JDB
             1:08−cv−01349−JDB
 Case in other court:  USCA−DC, 05−05173
                                  USCA, 06−05079
                                  14−05105
Cause: 28:1602 Foreign Sovereign Immunities Act

Date Filed: 10/26/2001
Date Terminated: 10/16/2014
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Special Master**

**PAUL G. GRIFFIN**
13816 Alderton Road
Silver Spring, MD 20906
(301) 460−4564

**Special Master**

**JOHN CHARLES SWANSON**
124 North Shore Drive
Burlington, VT 05402
(802) 658−1940

**Plaintiff**

**JAMES OWENS**                    represented by  **Annie P. Kaplan**
FAY KAPLAN LAW PA
777 6th Street, NW
Suite 410
Washington, DC 20001
(202) 589−1300
Fax: (202) 589−1721
Email: annie.kaplan@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caragh Glenn Fay**
FAY KAPLAN LAW, P.A.
777 Sixth Street NW
Suite 410
Washington, DC 20001
(202) 589−1300
Fax: (202) 216−0298
Email: caraghfay@aol.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph William Fay**
FAY KAPLAN LAW, P.A.
777 Sixth Street, NW
Suite 410
Washington, DC 20001
(202) 589−1300
Fax: (202) 216−0298
Email: joe.fay@faykaplanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Patricia Hoffman**
FAY KAPLAN LAW, P.A.
777 Sixth Street, NW
Suite 410
Washington, DC 20001
(202) 684−5097
Fax: (202) 216−0298
Email: molly.hoffman80@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Norman Weiss**
Law Office of Stephen Norman Weiss
1601 Broadway
12th Floor
New York, NY 10019
646−801−0371
Fax: 917−591−4859
Email: stephen@snweisslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
FAY KAPLAN LAW, PA
777 Sixth Street, NW
Suite 410
Washington, DC 20001
(301) 589−1300
Fax: 202−589−1721
Email: thomasfay@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Coleman Dowden , III**
FAY KAPLAN LAW, PA
777 Sixth Street NW
Suite 410
Washington, DC 20001

(202)589−1300
Email: cole.dowden@faykaplanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Dienelt**
DLA PIPER US LLP
500 8th Street, NW
4th Floor
Washington, DC 20004
(202) 799−4270
Fax: (202) 799−5270
Email: john.dienelt@dlapiper.com
*TERMINATED: 05/04/2004*

**Plaintiff**

VICTORIA J. SPIERS                 represented by  **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

ALL PLAINTIFFS                    represented by  **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Coleman Dowden , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caragh Glenn Fay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Alvin Karp**
KARP, FROSH, WIGODSKY &
NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, MD 20850−4304
(301) 948−3800
Fax: 301−948−5449
Email: rkarp@karpfrosh.com
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
PERLES LAW FIRM, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036
(202) 955−9055
Fax: (202) 955−3806
Email: sperles@perleslaw.com
*TERMINATED: 01/26/2009*

**Tuna Mecit**
4101 Albemarle Street, NW
Suite 422
Washington, DC 20016
(202) 744−2443
Email: t_mecit@yahoo.com
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**JESSE NATHANAEL ALIGANGA**          represented by   **Aryeh S. Portnoy**
*Decedent*                                              CROWELL & MORING, LLP
                                                        1001 Pennsylvania Avenue, NW
                                                        Washington, DC 20004
                                                        (202) 624−2806
                                                        Fax: (202) 628−5116
                                                        Email: aportnoy@crowell.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John L. Murino**
                                                        CROWELL & MORING, LLP
                                                        1001 Pennsylvania Avenue, NW
                                                        Washington, DC 20004
                                                        (202) 624−2500
                                                        Fax: 202−628−5116
                                                        Email: jmurino@crowell.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Laurel Pyke Malson**
                                                        CROWELL & MORING LLP
                                                        1001 Pennsylvania Avenue, NW
                                                        Suite 1100
                                                        Washington, DC 20004−2595

(202) 624−2576
Fax: (202) 628−5116
Email: lmalson@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004−2595
(202) 624−2649
Fax: (202) 628−5116
Email: snewberger@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
CROWELL & MORING LLP
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004−2595
202−624−2500
Fax: 202−624−2500
Email: jkirchner@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
CROWELL & MORING LLP
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JULIAN LEOTIS BARTLEY, SR.**          represented by  **Aryeh S. Portnoy**
*Decedent*                                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John L. Murino**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Laurel Pyke Malson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stuart H. Newberger**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Intervenor Plaintiff**</u>

**JULIAN LEOTIS BARTLEY, JR.**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Intervenor Plaintiff**</u>

**JEAN ROSE DALIZU**
*Decedent*

represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MOLLY HUCKABY HARDY**
*Decedent*

represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**KENNETH RAY HOBSON, II**          represented by    **Aryeh S. Portnoy**
*Decedent*                                          (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **John L. Murino**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Laurel Pyke Malson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stuart H. Newberger**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ariel E. Applebaum−Bauch**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jesse J. Kirchner**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joanna G. Slott**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

                                     represented by

**ARLENE BRADLEY KIRK**
*Decedent*

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MARY LOUISE MARTIN**                    represented by    **Aryeh S. Portnoy**
*Decedent*                                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ANN MICHELLE O'CONNOR**
*Decedent*

represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

represented by

**SHERRY LYNN OLDS**
*Decedent*

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**PRABHI GUPTARA KAVALER**
*Decedent*

represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**HOWARD CHARLES KAVALER**              represented by   **Aryeh S. Portnoy**
*Decedent*                                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John L. Murino**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Laurel Pyke Malson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stuart H. Newberger**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ariel E. Applebaum−Bauch**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jesse J. Kirchner**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joanna G. Slott**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**TARA LIA KAVALER**                    represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MAYA PIA KAVALER**                    represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**PEARL DANIELS KAVALER**              represented by    **Aryeh S. Portnoy**
*Decedent*                                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

represented by

**LEON KAVALER**
*Decedent*

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**RICHARD MARTIN KAVALER**             represented by  **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

15

ATTORNEY TO BE NOTICED

Ariel E. Applebaum−Bauch
(See above for address)
*ATTORNEY TO BE NOTICED*

Jesse J. Kirchner
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Joanna G. Slott
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**CLARA LEAH ALIGANGA**                    represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**LEAH ANN COLSTON**                    represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**GLADIS BALDWIN BARTLEY**                represented by **Aryeh S. Portnoy**
*Decedent*                                                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

17

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**EGAMBI FRED KIBUHIRU DALIZU**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**TEMINA ENGESIA DALIZU**          represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**LAWRENCE ANTHONY HICKS**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MANGIARU VIDIJA DALIZU**          represented by     **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**LORI ELAINE DALIZU**          represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ROSE BANKS FREEMAN**                represented by  **Aryeh S. Portnoy**
*Decedent*                                            (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JUNE BEVERLY FREEMAN**                  represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

represented by

**JAMES HERBERT FREEMAN**
*Decedent*

                                                            **Aryeh S. Portnoy**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John L. Murino**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Laurel Pyke Malson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stuart H. Newberger**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ariel E. Applebaum−Bauch**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jesse J. Kirchner**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joanna G. Slott**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**SHEILA ELAINE FREEMAN**               represented by   **Aryeh S. Portnoy**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John L. Murino**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Laurel Pyke Malson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stuart H. Newberger**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**GWENDOLYN TAUWANA GARRETT**                    represented by    **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JEWELL PATRICIA NEAL**                    represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JOYCE MCCRAY**                     represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JEANETTE ELLA MARIE GOINES**            represented by    **Aryeh S. Portnoy**
*Decedent*                                                 (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John L. Murino**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Laurel Pyke Malson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Stuart H. Newberger**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ariel E. Applebaum−Bauch**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jesse J. Kirchner**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Joanna G. Slott**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**BRANDI PLANTS**                         represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JANE HUCKABY**                 represented by   **Aryeh S. Portnoy**
*Decedent*                                        (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DEBORAH HOBSON−BIRD**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MEGHAN ELIZABETH HOBSON**          represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**BONNIE SUE HOBSON**                    represented by    **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**KENNETH RAY HOBSON, II**
*Decedent*

represented by  **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ROBERT KIRK, JR.**

represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ROBERT MICHAEL KIRK**                  represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MAISHA KIRK HUMPHREY**          represented by     **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

represented by

**FREDERICK ARTHUR BRADLEY**
*TERMINATED: 01/02/2013*

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**NEAL ALAN BRADLEY**                    represented by  **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

Ariel E. Applebaum−Bauch
(See above for address)
*ATTORNEY TO BE NOTICED*

Jesse J. Kirchner
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Joanna G. Slott
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**KATHERINE BRADLEY WRIGHT**          represented by    **Aryeh S. Portnoy**
*Decedent*                                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

John L. Murino
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Laurel Pyke Malson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stuart H. Newberger
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Ariel E. Applebaum−Bauch
(See above for address)
*ATTORNEY TO BE NOTICED*

Jesse J. Kirchner
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Joanna G. Slott
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

                                    represented by

**KENNETH ALBA BRADLEY**
*Decedent*

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DENNIS ARTHUR BRADLEY**              represented by  **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**PATRICIA ANNE BRADLEY WILLIAMS**
*Decedent*

represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JAMES ROBERT KLAUCKE**

represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**KAREN MARIE KLAUCKE**                    represented by    **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JOSEPH DENEGRE MARTIN, JR.**
*Decedent*

represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MARTHA MARTIN OURSO**

represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**KATHLEEN MARTIN BOELLERT**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**GWENDOLYN FREDERIC DENEY**     represented by     **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**                              represented by

**JOSEPH DENEGRE MARTIN, III**
*Decedent*

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**STEPHEN HARDING MARTIN**          represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JAMES PAUL O'CONNOR**    represented by    **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MICAELA ANN O'CONNOR**    represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**TARA COLLEEN O'CONNOR**                    represented by    **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **DELBERT RAYMOND OLDS** | represented by | **Aryeh S. Portnoy** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JENNIFER ERIN PEREZ**          represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MARSEY GAYLE CORNETT**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**CHRISTA GAY FOX**                represented by    **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MAY EVELYN FREEMAN OLDS**        represented by

**Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**KIMBERLY ANN ZIMMERMAN**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

47

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MICHAEL HAWKINS MARTIN**

**Intervenor Plaintiff**

**MARY LINDA SUE BARTLEY**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**EDITH LYNN BARTLEY**                    represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**MARY KATHERINE BRADLEY**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DOUGLAS NORMAN KLAUCKE**          represented by   **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**WILLIAM RUSSELL KLAUCKE**  represented by  **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**SUSAN ELIZABETH MARTI**  represented by  **Aryeh S. Portnoy**
**BRYSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Murino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurel Pyke Malson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**REPUBLIC OF THE SUDAN**     represented by     **Asim A. Ghafoor**
LAW OFFICE OF ASIM GHAFOOR
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 330−1469
Fax: (202)318−4331
Email: asim@glawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas K. Bemis , Jr.**
PICARD KENTZ & ROWE LLP
1750 K Street, NW
Washington, DC 20006
(202) 331−4040 or 5041
Fax: (202) 331−4011
Email: knoxbemis@gmail.com
*TERMINATED: 01/26/2009*
*ATTORNEY TO BE NOTICED*

**John F. Dienelt**
(See above for address)
*TERMINATED: 04/16/2004*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

**Defendant**

**IRANIAN MINISTRY OF
INFORMATION AND SECURITY**

**Defendant**

**IRANIAN MINISTRY OF
INFORMATION AND SECURITY**

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**
*Ministry of Foreign Affair*

**Defendant**

**REPUBLIC OF THE SUDAN**              represented by  **Asim A. Ghafoor**
*Ministry of External Affairs*                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


V.

**Interested Party**

**FEDERAL BUREAU OF PRISONS**         represented by  **Brian J. Sonfield**
                                                        US DEPARTMENT OF TREASURY
                                                        Office of the General Counsel
                                                        1500 Pennsylvania Avenue, NW
                                                        Washington, DC 20220
                                                        (202) 622−0450
                                                        Email: brian.sonfield@treasury.gov
                                                        *(Inactive)*
                                                        *TERMINATED: 01/20/2004*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rhonda C. Fields**
                                                        U.S. ATTORNEY'S OFFICE
                                                        Civil Division
                                                        555 Fourth Street, NW
                                                        Room E4824
                                                        Washington, DC 20530
                                                        (202) 252−2555
                                                        Fax: (202) 252−2599
                                                        Email: rhonda.fields@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**JAMES ROTH**                        represented by  **JAMES ROTH**
*Esq.*                                                  HURWITZ, STAMPUR & ROTH
                                                        299 Broadway
                                                        Suite 800
                                                        New York, NY 10007
                                                        (212) 619−4240
                                                        PRO SE

**Ariel E. Applebaum–Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL** | represented by | **Tamra Tyree Moore**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division/Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>(202) 514−8095<br>Fax: (202) 616−8460<br>Email: tamra.moore@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Scott Risner**<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>(202) 514−2395<br>Fax: (202) 616−8470<br>Email: scott.risner@usdoj.gov<br>*TERMINATED: 11/05/2013* |

**Movant**

| | | |
|---|---|---|
| **HARLEY G. LAPPIN**<br>*Director, Federal Bureau of Prisons* | represented by | **Brian J. Sonfield**<br>(See above for address)<br>*TERMINATED: 01/20/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rhonda C. Fields**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **ELIZABETH HOLMAN** | represented by | **Thomas Fortune Fay**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Intervenor

**ALL INTERVENOR PLAINTIFFS**          represented by **Aryeh S. Portnoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARY ROBERT OWENS**          represented by **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**BARBARA GOFF**          represented by **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**FRANK B. PRESSLEY, JR.**          represented by **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**YASEMIN B. PRESSLEY**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**DAVID A. PRESSLEY**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**THOMAS C. PRESSLEY**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**MICHAEL F. PRESSLEY**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**BERK F. PRESSLEY**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**JON B. PRESSLEY**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**MARC Y. PRESSLEY**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**SUNDUS BUYUK**                          represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**MONTINE BOWEN**                          represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**FRANK PRESSLEY, SR.**                          represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**BAHAR BUYUK**                              represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**SERPIL BUYUK**                            represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**TULAY BUYUK**                             represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**AHMET BUYUK**                             represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**DOROTHY WILLARD**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**ELLEN MARIE BOMER**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**DONALD BOMER**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)

*TERMINATED: 01/26/2009*

**Plaintiff**

**MICHAEL JAMES CORMIER**             represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**ANDREW JOHN WILLIAM CORMIER**             represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**ALEXANDRA RAIN CORMIER**             represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**PATRICIA FEORE**             represented by   **Stephen Norman Weiss**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**CLYDE M. HIRN**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**ALICE M. HIRN**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**PATRICIA K. FAST**                 represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**INEZ P. HIRN**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**JOYCE REED**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**WORLEY LEE REED**                    represented by   **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**CHERYL L. BLOOD**                     represented by  **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**BRET W. REED**                        represented by  **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**RUTH ANN WHITESIDE**                  represented by  **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**LORIE GULICK**                        represented by  **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

64

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**PAM WILLIAMS**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**FLOSSIE VARNEY**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**LYDIA SPARKS**                    represented by    **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Plaintiff**

**HOWARD SPARKS**                    represented by   **Stephen Norman Weiss**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Thomas Fortune Fay**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Steven R. Perles**
                                                      (See above for address)
                                                      *TERMINATED: 01/26/2009*

**Plaintiff**

**TABITHA CARTER**                   represented by   **Stephen Norman Weiss**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Thomas Fortune Fay**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Steven R. Perles**
                                                      (See above for address)
                                                      *TERMINATED: 01/26/2009*

**Plaintiff**

**HOWARD SPARKS, JR.**               represented by   **Stephen Norman Weiss**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Thomas Fortune Fay**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Steven R. Perles**
                                                      (See above for address)
                                                      *TERMINATED: 01/26/2009*

**Plaintiff**

**MICHAEL RAY SPARKS**                          represented by    **Stephen Norman Weiss**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Thomas Fortune Fay**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Steven R. Perles**
                                                                  (See above for address)
                                                                  *TERMINATED: 01/26/2009*

**Plaintiff**

**GARY O. SPIERS**                              represented by    **Stephen Norman Weiss**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Thomas Fortune Fay**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Steven R. Perles**
                                                                  (See above for address)
                                                                  *TERMINATED: 01/26/2009*

**Plaintiff**

**VICTORIA Q. SPIERS**                          represented by    **Stephen Norman Weiss**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Thomas Fortune Fay**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Steven R. Perles**
                                                                  (See above for address)
                                                                  *TERMINATED: 01/26/2009*

**Plaintiff**

**JULITA A. QUALICIO**                          represented by    **Stephen Norman Weiss**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Thomas Fortune Fay**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

V.

**Intervenor Plaintiff**

**LINDA JANE WHITESIDE LESLIE**          represented by          **Stephen Norman Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fortune Fay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Perles**
(See above for address)
*TERMINATED: 01/26/2009*

**Ariel E. Applebaum−Bauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J. Kirchner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanna G. Slott**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MINISTRY OF THE INTERIOR OF**          represented by          **Asim A. Ghafoor**
**THE REPUBLIC OF THE SUDAN**          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas K. Bemis , Jr.**
(See above for address)
*TERMINATED: 01/26/2009*
*ATTORNEY TO BE NOTICED*

**John F. Dienelt**
(See above for address)
*TERMINATED: 04/16/2004*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/26/2001 | 1 | | COMPLAINT filed by plaintiff JAMES OWENS (nmr) (Entered: 10/31/2001) |
| 10/26/2001 | | | SUMMONS (3) issued for defendants REPUBLIC OF SUDAN, ISLAMIC REP/IRAN, IRANIAN MINISTRY (nmr) (Entered: 10/31/2001) |
| 01/25/2002 | | | CASE REASSIGNED from Judge Royce C. Lamberth to Judge John D. Bates (nmr) (Entered: 01/25/2002) |
| 04/04/2002 | | | SUMMONS (3) REISSUED for defendant REPUBLIC OF SUDAN, defendant ISLAMIC REPUBLIC, defendant IRANIAN MINISTRY . (nmr) (Entered: 04/04/2002) |
| 05/21/2002 | 2 | | MOTION filed by plaintiff JAMES OWENS for order permitting plaintiff to proceed with service through diplomatic channels ; attachment (1) (mpt) (Entered: 05/22/2002) |
| 06/05/2002 | 3 | | ORDER by Judge John D. Bates : denying as moot motion for order permitting plaintiff to proceed with service through diplomatic channels [2−1] by JAMES OWENS (N) (tb) (Entered: 06/05/2002) |
| 09/06/2002 | 4 | | AMENDED COMPLAINT by plaintiff JAMES OWENS adding plaintiff GARY ROBERT OWENS, BARBARA GOFF, FRANK B. PRESSLEY, YASEMIN B. PRESSLEY, DAVID A. PRESSLEY, THOMAS C. PRESSLEY, MICHAEL F. PRESSLEY, BERK F. PRESSLEY, JON B. PRESSLEY, MARC Y. PRESSLEY, SUNDUS BUYUK, MONTINE BOWEN, FRANK PRESSLEY SR., BAHAR BUYUK, SERPIL BUYUK, TULAY BUYUK, AHMET BUYUK, DOROTHY WILLARD, ELLEN MARIE BOMER, DONALD BOMER, MICHAEL JAMES CORMIER, ANDREW JOHN CORMIER, ALEXANDRA RAIN CORMIER, PATRICIA FEORE, CLYDE M. HIRN, ALICE M. HIRN, PATRICIA K. FAST, INEZ P. HIRN, JOYCE REED, WORLEY LEE REED, CHERYL L. BLOOD, BRET W. REED, RUTH ANN WHITESIDE, LORIE GULICK, PAM WILLIAMS, FLOSSIE VARNEY, LINDA WHITESIDE LESLIE, LYDIA SPARKS, HOWARD SPARKS, TABITHA CARTER, HOWARD JR. SPARKS, MICHAEL RAY SPARKS, GARY O. SPIERS, VICTORIA Q. SPIERS, VICTORIA Q. SPIERS, JULITA A. QUALICIO, defendant MIN OF THE INTERIOR, and amending complaint [1−1] . (rje) (Entered: 09/09/2002) |
| 09/09/2002 | | | SUMMONS (4) issued for defendant REPUBLIC OF SUDAN, defendant ISLAMIC REPUBLIC, defendant IRANIAN MINISTRY, defendant MIN OF THE INTERIOR (rje) (Entered: 09/09/2002) |
| 12/11/2002 | 5 | | MOTION filed by plaintiff JAMES OWENS for order permitting plaintiffs to proceed with service through diplomatic channels; attachment (1) (rje) (Entered: 12/16/2002) |
| 12/11/2002 | 6 | | |

| | | | |
|---|---|---|---|
| | | | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on upon defendant IRANIAN MINISTRY; (no date or green card); attachment (1) (rje) Modified on 12/16/2002 (Entered: 12/16/2002) |
| 12/27/2002 | 7 | | ORDER by Judge John D. Bates : granting motion for order permitting plaintiffs to proceed with service through diplomatic channels; attachment (1) [5−1] by JAMES OWENS (N) (lin) (Entered: 12/27/2002) |
| 01/10/2003 | 8 | | REQUEST by plaintiff JAMES OWENS for the Clerk to send three copies of the complaint, notice of suit and summons for each defendant together with translations, pursuant to 28 U.S.C. Section 1608 (a)(4) to be served by the Department of State, Bureau of Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, DC return receipt requested; sent to the Department of State via hand delivery by plaintiff. (rje) Modified on 01/10/2003 (Entered: 01/10/2003) |
| 03/13/2003 | 9 | | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 2/25/03 upon defendant REPUBLIC OF SUDAN (mpt) (Entered: 03/14/2003) |
| 03/18/2003 | 10 | | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 3/5/03 upon defendant ISLAMIC REPUBLIC, defendant IRANIAN MINISTRY without comment. (mpt) Modified on 05/09/2003 (Entered: 03/19/2003) |
| 05/08/2003 | 11 | | ORDER by Judge John D. Bates: hereby entering default againsts defendants; REPUBLIC OF SUDAN, MINISTRY OF INTERIRO OF REPUBLIC OF SUDAN, ISLAMIC REPUBLIC OF IRAN AND IRANIAN MINISTRY OF INFORMATION AND SECURITY; this order be translated into Farsi at expense of plaintiff; this order be translated in Arabic at the expense plaintiff; scheduling conference set for 9:15 on 07/15/03 (N) (tb) (Entered: 05/09/2003) |
| 05/08/2003 | | | SCHEDULING NOTICE: status hearing set for 9:15 7/15/03 ; before Judge John D. Bates . (tb) (Entered: 05/09/2003) |
| 05/09/2003 | 12 | | AFFIDAVIT in support of default by plaintiff JAMES OWENS (mpt) (Entered: 05/09/2003) |
| 05/09/2003 | 13 | | VACATED AS TO REPUBLIC OF SUDAN, AND THE MINISTRY OF THE INTERIOR OF THE REPUBLIC OF SUDAN, PURSUANT TO ORDER FILED 4/20/05.....DEFAULT vs. defendants REPUBLIC OF SUDAN, ISLAMIC REPUBLIC, IRANIAN MINISTRY, By Clerk (N) (mpt) Modified on 05/09/2003 Modified on 5/5/2005 (ks, ). Modified on 8/24/2010 to pursuant to courts order of 4/20/05 (dr). (Entered: 05/09/2003) |
| 05/29/2003 | 14 | | MOTION filed by plaintiffs for Writ of Attachment of Blocked Assets Pending Judgment ; exhibits (10) (mpt) (Entered: 05/30/2003) |
| 05/29/2003 | 15 | | APPLICATION by plaintiffs for writ of habeas corpus and testificandum ; exhibits (3) (mpt) (Entered: 05/30/2003) |
| 06/19/2003 | 16 | | ORDER by Judge John D. Bates : directing Harley Lappin to show cause within 25 days after service of this order why writ of habeas corpus ad testicandum should not be issued , and motion hearing set for 9:15 7/15/03 ; (N) (tb) (Entered: 06/19/2003) |
| 07/08/2003 | 17 | | |

| | | | |
|---|---|---|---|
| | | | MOTION filed by movant HARLEY G. LAPPIN to extend time to 9/4/03 to respond to show cause order (nmr) (Entered: 07/09/2003) |
| 07/10/2003 | 18 | | ORDER by Judge John D. Bates : granting motion to extend time to 9/4/03 to respond to show cause order [17−1] by HARLEY G. LAPPIN response to brief due by 9/4/03 ; status hearing set for 9:15 7/15/03 ; motion hearing set for 9:00 9/11/03 ; (N) (tb) (Entered: 07/10/2003) |
| 07/15/2003 | | | STATUS HEARING before Judge John D. Bates : trial set for 9:30 1/5/04 ; Reporter: Bryan Wayne (tb) (Entered: 07/15/2003) |
| 07/15/2003 | 19 | | MOTION filed by plaintiff for appointment of Victor Holm as a commissioner to take oath of deponents (mpt) (Entered: 07/16/2003) |
| 07/18/2003 | 20 | | ORDER by Judge John D. Bates : motion hearing set for 9:30 1/5/04; Clerk of Court arrange for this order to be translated into Farsi and Arabic; transmit order to Dept of State for service upon defendant (N) (tb) (Entered: 07/21/2003) |
| 07/18/2003 | 21 | | ORDER by Judge John D. Bates : granting motion for appointment of Victor Holm as a commissioner to take oath of deponents [19−1] by JAMES OWENS (N) (tb) (Entered: 07/21/2003) |
| 08/26/2003 | 22 | | MOTION filed by plaintiff for appointment of Elizabeth Holm as commissioner of this court (mpt) (Entered: 08/27/2003) |
| 08/27/2003 | 23 | | ORDER by Judge John D. Bates : granting motion for appointment of Elizabeth Holm as commissioner of this court [22−1] by JAMES OWENS; appointed for purposes of administering oaths and taking testimony in this action (N) (tb) (Entered: 08/27/2003) |
| 08/28/2003 | 24 | | MOTION filed by movant HARLEY G. LAPPIN to extend time to 11/3/03 to respond to show cause order (mpt) (Entered: 08/29/2003) |
| 08/29/2003 | 25 | | ORDER by Judge John D. Bates : granting motion to extend time to 11/3/03 to respond to show cause order [24−1] by HARLEY G. LAPPIN response to brief due by 11/3/03 ; hearing on application for a writ of habeas corpus ad testificandum set for 9:00 11/14/03 ; (N) (tb) (Entered: 09/02/2003) |
| 10/21/2003 | 26 | | MOTION filed by plaintiff to appoint Richard L. Burka as commissioner of the court (mpt) (Entered: 10/22/2003) |
| 10/22/2003 | 27 | | ORDER by Judge John D. Bates : granting motion to appoint Richard L. Burka as commissioner of the court [26−1] by JAMES OWENS (N) (tb) (Entered: 10/22/2003) |
| 10/24/2003 | 28 | | MOTION for Extension of Time to File Respond to Plaintiffs' Amended Application for Writs of Habeas Corpus Ad Testificandum by FEDERAL BUREAU OF PRISONS. (mpt, ) (Entered: 10/30/2003) |
| 10/31/2003 | 30 | | MOTION for Issuance of Letters Rogatory by ALL PLAINTIFFS. (mpt, ) (Entered: 11/06/2003) |
| 10/31/2003 | 31 | | RESPONSE (Opposition) to 28 Motion for Extension of Time to Respond to Application of Plaintiffs for Writ of Habeas Corpus Ad Testificandum by ALL PLAINTIFFS. (mpt, ) (Entered: 11/06/2003) |

| 11/03/2003 | 29 | ORDER granting 28 the Federal Bureau of Prisons' motion for an extension of time. The Bureau of Prisons shall respond to plaintiffs' amended application by not later than December 22, 2003. Plaintiffs shall reply by not later than January 12, 2004. The status conference originally set for November 14, 2003, is rescheduled for January 15, 2004, at 9:00 a.m. Signed by Judge John D. Bates on 11/3/03. (lcjdb2) (Entered: 11/03/2003) |
|---|---|---|
| 11/07/2003 | 32 | ORDER denying 14 plaintiffs' motion for attachment of blocked assets pending judgment. Signed by Judge John D. Bates on 11/7/04. (lcjdb2) (Entered: 11/07/2003) |
| 11/12/2003 | | MINUTE ENTRY: The trial in this case, originally scheduled to begin on January 5, 2004, has been continued pending the conference scheduled for January 15, 2004. Signed by Judge John D. Bates on 11/12/03. (lcjdb2) (Entered: 11/12/2003) |
| 11/19/2003 | | MINUTE ENTRY: Pursuant to the joint request of the plaintiffs and the government, the hearing in this case originally scheduled for January 15, 2004, is hereby rescheduled for February 3, 2004, at 9:15 a.m. Signed by Judge John D. Bates on 11/19/03. (lcjdb2) (Entered: 11/19/2003) |
| 12/22/2003 | 33 | RESPONSE to *Plaintiffs' Amended Application for Writs of Habeas Corpus Ad Testificandum* filed by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 Declaration of Kenneth Karas# 2 Declaration of Ali Mohamed)(Sonfield, Brian) (Entered: 12/22/2003) |
| 12/22/2003 | 34 | MOTION to Seal Document *and for ex parte, in camera review* by FEDERAL BUREAU OF PRISONS. (Sonfield, Brian) (Entered: 12/22/2003) |
| 01/20/2004 | 35 | ENTERED IN ERROR.....NOTICE of Appearance by Rhonda C. Fields on behalf of REPUBLIC OF SUDAN (Fields, Rhonda) Modified on 1/22/2004 (bcs, ). (Entered: 01/20/2004) |
| 01/21/2004 | 36 | ATTORNEY APPEARANCE. (Fields, Rhonda) (Entered: 01/21/2004) |
| 01/22/2004 | | "NOTICE OF CORRECTED DOCKET ENTRY. Document No. 35 was entered in error and counsel has refiled her notice of appearance correctly showing which parties she represents." (bcs, ) (Entered: 01/22/2004) |
| 01/26/2004 | 37 | ORDER granting 34 the Federal Bureau of Prisons's motion to seal its hand−delivered memorandum and declaration of December 23, 2003. Signed by Judge John D. Bates on 01/26/04. (lcjdb2) (Entered: 01/26/2004) |
| 02/02/2004 | 38 | ENTERED IN ERROR.....MOTION to Compel *Production of Documents* by ALL PLAINTIFFS. (Fay, Thomas) Modified on 2/3/2004 (bcs, ). (Entered: 02/02/2004) |
| 02/02/2004 | 39 | ENTERED IN ERROR.....MOTION to Compel *Production of Documents* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Order# 2 Text of Proposed Order Order to Set Date)(Fay, Thomas) Modified on 2/3/2004 (bcs, ). (Entered: 02/02/2004) |
| 02/02/2004 | 40 | MOTION for Leave to File *Second Amended Complaint* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Order# 2 Second Amended Complaint)(Fay, Thomas) (Entered: 02/02/2004) |

| | | |
|---|---|---|
| 02/03/2004 | | "NOTICE OF CORRECTED DOCKET ENTRIES. Document No.(s) 38 & 39 were entered in error and counsel is instructed to refile the motion to compel and memorandum in support of together as one document and attach the orders as exhibits to the motion." (bcs, ) (Entered: 02/03/2004) |
| 02/03/2004 | 41 | MOTION to Compel *Production of Documents* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Order to Compel Production of Documents# 2 Text of Proposed Order Order to Set Date on Pending Motion(s))(Fay, Thomas) (Entered: 02/03/2004) |
| 02/05/2004 | 42 | ORDER pursuant to the hearing held in this case on February 3, 2004. Signed by Judge John D. Bates on 02/05/04. (lcjdb2) (Entered: 02/05/2004) |
| 02/05/2004 | | MINUTE ENTRY: Upon consideration of 40 plaintiffs' motion for leave to file a second amended complaint and of the entire record in this case, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 02/05/04. (lcjdb2) (Entered: 02/05/2004) |
| 02/06/2004 | 43 | NOTICE of Appearance by John F. Dienelt on behalf of MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN (Dienelt, John) (Entered: 02/06/2004) |
| 02/11/2004 | 44 | MEMORANDUM from Plaintiffs on Fifth Amendment Testimonial Priviledge of Ali Mohamed and other Witnesses. (Attachments: # 1 Exhibit Plea Agreement# 2 Exhibit Subpoena)(Fay, Thomas) (Entered: 02/11/2004) |
| 02/11/2004 | 45 | MEMORANDUM from BOP re 5th Amendment. (Fields, Rhonda) (Entered: 02/11/2004) |
| 02/18/2004 | 46 | MOTION for Extension of Time to *file motion in opposition to motion to compel and to guash subpoena* by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 Text of Proposed Order)(Fields, Rhonda) (Entered: 02/18/2004) |
| 02/19/2004 | | Upon consideration of 46 the Federal Bureau of Investigation's motion for an extension of time to file an opposition to plaintiffs' motion to compel, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Federal Bureau of Investigation shall file its opposition by not later than February 19, 2004. Signed by Judge John D. Bates on 02/19/04. (lcjdb2) (Entered: 02/19/2004) |
| 02/19/2004 | 47 | Memorandum in opposition to motion re 41 filed by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Text of Proposed Order)(Fields, Rhonda) (Entered: 02/19/2004) |
| 03/08/2004 | 48 | MEMORANDUM *regarding the Jurisdiction of this Court in Light of Cicippio−Puleo v. Iran* from Plaintiffs. (Fay, Thomas) (Entered: 03/08/2004) |
| 03/10/2004 | 49 | First MOTION to Dismiss *With Prejudice and Memorandum in Support Thereof* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Attachments: # 1 Exhibit Declaration of Carney# 2 Exhibit Declaration of Cloonan# 3 Exhibit Brief for US in Sosa v Alvarez# 4 Exhibit Brief for US in Cicippio−Puleo# 5 Exhibit Sunday Times Article# 6 Exhibit New York Times Article# 7 Exhibit Washington Post Article# 8 Exhibit The Observer Article)(Dienelt, John) (Entered: 03/10/2004) |

| 03/10/2004 | 50 | NOTICE by FEDERAL BUREAU OF PRISONS re 1 Complaint *Declination of United States to file statement of interest* (Fields, Rhonda) (Entered: 03/10/2004) |
|---|---|---|
| 03/16/2004 | 51 | MOTION to Stay *Proceedings and Memorandum in Support thereof* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 03/16/2004) |
| 03/22/2004 | 52 | MOTION for Discovery *Jurisdictional* by JAMES OWENS. (Attachments: # 1 Text of Proposed Order Order)(Fay, Thomas) (Entered: 03/22/2004) |
| 03/22/2004 | 53 | MOTION to Strike 49 First MOTION to Dismiss *With Prejudice and Memorandum in Support Thereof* by JAMES OWENS. (Attachments: # 1 Text of Proposed Order Order)(Fay, Thomas) (Entered: 03/22/2004) |
| 03/22/2004 | 54 | MOTION to Disqualify Counsel *for the Republic of Sudan* by JAMES OWENS. (Attachments: # 1 Text of Proposed Order Order# 2 Exhibit 00−cv02329 Memo in Response)(Fay, Thomas) (Entered: 03/22/2004) |
| 03/22/2004 | 55 | Memorandum in opposition to motion re 51 filed by JAMES OWENS. (Attachments: # 1 Text of Proposed Order Order)(Fay, Thomas) (Entered: 03/22/2004) |
| 03/22/2004 | 56 | MOTION for Hearing re 52 MOTION for Discovery *Jurisdictional*, 53 MOTION to Strike 49 First MOTION to Dismiss *With Prejudice and Memorandum in Support Thereof*, 54 MOTION to Disqualify Counsel *for the Republic of Sudan*, 55 Memorandum in Opposition by JAMES OWENS. (Fay, Thomas) (Entered: 03/22/2004) |
| 03/24/2004 | 57 | AFFIDAVIT re 53 MOTION to Strike 49 First MOTION to Dismiss *With Prejudice and Memorandum in Support Thereof* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit)(Fay, Thomas) (Entered: 03/24/2004) |
| 03/29/2004 | 58 | REPLY in support of motion re 51 *Motion to Stay Proceedings* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 03/29/2004) |
| 03/31/2004 | 59 | MOTION to Take Deposition from Michael Carney by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Order)(Fay, Thomas) (Entered: 03/31/2004) |
| 03/31/2004 | 60 | MOTION to Take Deposition from John E. Cloonan by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Order)(Fay, Thomas) (Entered: 03/31/2004) |
| 04/02/2004 | 61 | Memorandum in opposition to motion re 54 *Motion to Disqualify Counsel* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/02/2004) |
| 04/02/2004 | 62 | Memorandum in opposition to motion re 53 *Motion to Strike Sudan's Motion to Dismiss* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/02/2004) |
| 04/02/2004 | 63 | |

| | | | |
|---|---|---|---|
| | | | Memorandum in opposition to motion re 52 *Jurisdictional Discovery* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/02/2004) |
| 04/06/2004 | 64 | | Memorandum in opposition to motion re 59 *Request for Leave to Take Depositions* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/06/2004) |
| 04/06/2004 | 65 | | Memorandum in opposition to motion re 60 *Request for Leave to Take Depositions* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/06/2004) |
| 04/09/2004 | 66 | | REPLY to opposition to motion re 53 *to strike* filed by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 04/09/2004) |
| 04/09/2004 | 67 | | REPLY to opposition to motion re 54 *to disqualify Counsel for Sudan* filed by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 04/09/2004) |
| 04/09/2004 | 68 | | Memorandum in opposition to motion re 51 *to stay proceedings (Supplemental Memo)* filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Dep't of State Notices)(Fay, Thomas) (Entered: 04/09/2004) |
| 04/12/2004 | 69 | | Memorandum in opposition to motion re 59 *filed by FBI and State Department* filed by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Text of Proposed Order)(Fields, Rhonda) (Entered: 04/12/2004) |
| 04/15/2004 | 70 | | MOTION to Withdraw as Attorney by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/15/2004) |
| 04/16/2004 | | | MINUTE ENTRY: Upon consideration of 70 the motion of counsel for defendants the Republic of Sudan and the Ministry of the Interior of the Republic of Sudan, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 04/16/04. (lcjdb2) (Entered: 04/16/2004) |
| 04/19/2004 | 71 | | MOTION to Strike *Affidavits of John E. Cloonan and Timothy Carney* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Strike Affidavit)(Fay, Thomas) (Entered: 04/19/2004) |
| 04/19/2004 | 72 | | MEMORANDUM from Plaintiffs on Motion of Piper Rudnick to Withdraw. (Attachments: # 1 Text of Proposed Order Scheduling Conference)(Fay, Thomas) (Entered: 04/19/2004) |
| 04/26/2004 | 73 | | MOTION for Order *Clarifying Terms of Withdrawal* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 04/26/2004) |
| 04/30/2004 | 74 | | ENTERED IN ERROR..... MOTION for Extension of Time to by JAMES OWENS. (Attachments: # 1 Text of Proposed Order Agreed Order)(Dienelt, John) Modified on 4/30/2004 (jf, ). (Entered: 04/30/2004) |
| 04/30/2004 | 75 | | MOTION for Extension of Time to *Respond* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Attachments: # 1 Text |

| | | | of Proposed Order Agreed)(Dienelt, John) (Entered: 04/30/2004) |
|---|---|---|---|
| 04/30/2004 | 76 | | MOTION for Extension of Time to *Respond* by REPUBLIC OF SUDAN. (Attachments: # 1 Text of Proposed Order Agreed)(Dienelt, John) (Entered: 04/30/2004) |
| 04/30/2004 | | | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 74 was entered and was re−filed using correct party. (See docket #75) (jf, ) (Entered: 04/30/2004) |
| 05/04/2004 | 77 | | ORDER on motions 30 , 41 , 51 , 52 , 54 , 73 , 75 , & 76 . Signed by Judge John D. Bates on 05/04/04. (lcjdb2) (Entered: 05/04/2004) |
| 06/18/2004 | 78 | | MOTION for Extension of Time *Agreed Motion to Reschedule June 22, 2004 Status Conference And For Extension of Time* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Dienelt, John) (Entered: 06/18/2004) |
| 06/21/2004 | 79 | | ORDER granting 78 Motion for Extension of Time. All proceedings in this case shall be stayed until ten (10) days after new counsel for the Sudan defendants enters an appearance; the date by which new counsel shall enter an appearance on behalf of the Sudan defendants shall be set for seven (7) days after new counsel receives from the Office of Foreign Assets Control ("OFAC") at the Treasury Department, a license authorizing new counsel to receive payment for legal services rendered; the Sudan defendants shall file their response to plaintiffs' Motion for Order Striking Affidavits of John E. Cloonan and Timothy Michael Carney and Barring Their Appearance as Witnesses in this Action within eleven (11) days after entry of appearance by new counsel for the Sudan defendants; plaintiffs shall file their response to the Sudan defendants' motion to dismiss within eleven (11) days after entry of appearance by new counsel for the Sudan defendants; and the status conference currently scheduled for June 22, 2004, shall take place instead on September 3, 2004, at 9:15 a.m. Signed by Judge John D. Bates on 6/21/04. (lcjdb1) (Entered: 06/21/2004) |
| 06/21/2004 | | | Set/Reset Hearings: Status Conference set for 9/3/2004 09:15 AM before Judge John D. Bates. (lcjdb1) (Entered: 06/21/2004) |
| 07/29/2004 | 80 | | NOTICE of Appearance by Douglas K. Bemis Jr. on behalf of MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN (Bemis, Douglas) (Entered: 07/29/2004) |
| 07/29/2004 | 81 | | NOTICE by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN *of receipt of license* (Bemis, Douglas) (Entered: 07/29/2004) |
| 08/09/2004 | 82 | | MEMORANDUM from The Republic of Sudan and the Interior Ministry of the Republic of the Sudan of Points and Authorities in Opposition to Plaintiffs' Motion for Order Striking Affidavits of John E. Cloonan and Timothy Michael Carney and Barring Their Appearance as Witnesses in this Action. (Attachments: # 1)(Bemis, Douglas) (Entered: 08/09/2004) |
| 08/09/2004 | 83 | | Memorandum in opposition to motion re 49 First MOTION to Dismiss *With Prejudice and Memorandum in Support Thereof* filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B)(Fay, |

| | | | |
|---|---|---|---|
| | | | Thomas) (Entered: 08/09/2004) |
| 08/10/2004 | 84 | | Joint MOTION for Extension of Time to File Response/Reply *of Plaintiffs' and Sudan Defendants* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Attachments: # 1 Text of Proposed Order Granting Extensions of Time for Filing)(Bemis, Douglas) (Entered: 08/10/2004) |
| 08/10/2004 | 85 | | ERRATA *Memorandum in Opposition to Motion to Dismiss* by ALL PLAINTIFFS. (Attachments: # 1 Errata Attachment B)(Fay, Thomas) (Entered: 08/10/2004) |
| 08/10/2004 | 86 | | SUPPLEMENTAL MEMORANDUM *to Opposition to Motion to Dismiss* from Plaintiffs. (Fay, Thomas) (Entered: 08/10/2004) |
| 08/13/2004 | | | MINUTE ENTRY: Upon consideration of 84 the parties' joint motion for an extension of time, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the parties shall file their respective replies by not later than August 30, 2004. Signed by Judge John D. Bates on 08/13/04. (lcjdb2) (Entered: 08/13/2004) |
| 08/27/2004 | 87 | | REPLY to opposition to motion re 71 filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Letter to U.S. Attorney General# 2 Exhibit Letter to Alice Frechette)(Fay, Thomas) (Entered: 08/27/2004) |
| 08/30/2004 | 88 | | REPLY to opposition to motion re 49 *Dismissal of Complaint* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Bemis, Douglas) (Entered: 08/30/2004) |
| 09/03/2004 | | | MINUTE ENTRY: In light of the status conference held on this date, it is hereby ORDERED that leave to file 86 plaintiffs' supplemental memorandum is GRANTED. The Court notes that leave to file the Second Amended Complaint was granted by minute entry on February 5, 2004. Signed by Judge John D. Bates on 09/03/04. (lcjdb2) (Entered: 09/03/2004) |
| 09/03/2004 | | | Minute Entry Status Conference held on 9/3/2004 before Judge John D. Bates: (Court Reporter Bryan Wayne) (tb) (Entered: 09/03/2004) |
| 09/09/2004 | 89 | | MOTION for Leave to File *a Sur−Reply to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Order)(Fay, Thomas) (Entered: 09/09/2004) |
| 09/09/2004 | 90 | | MEMORANDUM *of Points and Authorities* from Plaintiffs in Support of Plaintiffs' Motion for Leave to File a Sur−Reply to Defendants' Reply to PLaintiffs' Opposition to Defendants' Motion to Dismiss. (Fay, Thomas) (Entered: 09/09/2004) |
| 09/09/2004 | 91 | | SURREPLY to *Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss* filed by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 09/09/2004) |
| 09/09/2004 | 92 | | NOTICE OF TRANSCRIPT FILED for dates 9/3/2004. (lc, ) (Entered: 09/14/2004) |
| 09/20/2004 | 93 | | MEMORANDUM *of Republic of the Sudan and the Interior Ministry of the Republic of the Sudan* from In Opposition to 89 Plaintiffs' Motion for Leave to |

| | | | |
|---|---|---|---|
| | | | File a Sur−Reply. (Attachments: # 1 Text of Proposed Order Denying Plaintiffs' Motion for Leave to File a Sur−Reply to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss# 2 Text of Proposed Order Granting Plaintiffs' Motion for Leave to File a Sur−Reply and Granting the Sudan Defendants' Motion for Leave to File a Response Thereto)(Bemis, Douglas) Modified on 9/22/2004 (lc, ). (Entered: 09/20/2004) |
| 09/20/2004 | 94 | | MEMORANDUM from Republic of the Sudan and the Interior Ministry of the Republic of the Sudan in Response to 91 Plaintiffs' Sur−Reply. (Bemis, Douglas) Modified on 9/22/2004 (lc, ). (Entered: 09/20/2004) |
| 09/24/2004 | | | MINUTE ENTRY: Upon consideration of plaintiffs' motion for leave to file a sur−reply 89 , it is hereby ORDERED that plaintiffs' motion is GRANTED, and it is further ORDERED that plaintiffs' sur−reply 91 as well as the Republic of Sudan's response to plaintiffs' sur−reply 94 shall be deemed filed. Signed by Judge John D. Bates on 9/24/04. (lcjdb2) (Entered: 09/24/2004) |
| 09/27/2004 | 95 | | NOTICE by ALL PLAINTIFFS *Notice to Court* (Perles, Steven) (Entered: 09/27/2004) |
| 10/12/2004 | | | MINUTE ENTRY: It is hereby ORDERED that a hearing on the outstanding motions in this matter is scheduled for October 27, 2004, at 2:00 p.m. Signed by Judge John D. Bates on 10/12/04. (lcjdb2) (Entered: 10/12/2004) |
| 10/12/2004 | | | Set/Reset Hearings: Hearing on motion set for 10/27/2004, at 2:00 PM before Judge John D. Bates. (lcjdb2) Modified on 10/12/2004 (tb, ). (Entered: 10/12/2004) |
| 10/18/2004 | | | MINUTE ENTRY: ORDER denying 56 motion for hearing as moot in light of the hearing set for October 27, 2004. Signed by Judge John D. Bates on 10/18/2004.(lcjdb2) (Entered: 10/18/2004) |
| 10/26/2004 | 96 | | MOTION for Discovery *Jurisdictional* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order Order)(Fay, Thomas) (Entered: 10/26/2004) |
| 10/26/2004 | 97 | | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance Pursuant to the Hague Convention of 5/18/1970 on Taking Evidence Abroad in Civil and Commercial Matters* by ALL PLAINTIFFS. (Attachments: # 1 Request for International Judicial Assistance# 2 Text of Proposed Order Order)(Fay, Thomas) (Entered: 10/26/2004) |
| 10/27/2004 | | | Minute Entry Motion Hearing held on 10/27/2004 held before Judge John D. Bates: re 49 First MOTION to Dismiss *With Prejudice and Memorandum in Support Thereof* filed by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN and all other oustanding motions; heard and takened under advisement. (Court Reporter Bryan Wayne) (tb) (Entered: 10/27/2004) |
| 11/08/2004 | 98 | | Memorandum in opposition to motion re 96 *and* 97 *Discovery* filed by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (Bemis, Douglas) (Entered: 11/08/2004) |
| 11/29/2004 | 99 | | NOTICE *of Subsequent Opinion* by ALL PLAINTIFFS (Attachments: # 1 Price v. Libya, et al. US Court of Appeals for DC Circuit 03−7095)(Fay, Thomas) (Entered: 11/29/2004) |

| 01/05/2005 | 100 | MOTION to Withdraw as Attorney *Sumitted By Counsel For* by REPUBLIC OF SUDAN. (Bemis, Douglas) (Entered: 01/05/2005) |
|---|---|---|
| 01/08/2005 | 101 | MOTION for Hearing by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(Fay, Thomas) (Entered: 01/08/2005) |
| 01/19/2005 | 102 | NOTICE of Change of Address by Steven R. Perles (Perles, Steven) (Entered: 01/19/2005) |
| 01/19/2005 | 103 | Memorandum in opposition to motion re 101 *Status Conference* filed by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 01/19/2005) |
| 01/21/2005 | | MINUTE ORDER: Upon consideration of 100 Hunton & Williams LLP's motion to withdraw as attorney, and 101 plaintiffs' motion for a status conference, it is hereby ORDERED that the motions are denied at this time. Signed by Judge John D. Bates on 1/21/2005. (lcjdb2) (Entered: 01/21/2005) |
| 03/29/2005 | 104 | ORDER denying 49 the Sudan defendants' motion to dismiss, denying 53 plaintiffs' motion to strike the motion to dismiss, denying 59 & 60 plaintiffs' motions for leave to take deposition, denying 71 plaintiffs' motion to strike the affidavits of John E. Cloonan and Timothy Michael Carney, denying 96 plaintiffs' motion for discovery, and denying 97 plaintiffs' motion for issuance of letters rogatory; requiring plaintiffs to submit an amended complaint consistent with the accompanying Memorandum Opinion by not later than May 9, 2005; and setting a status conference for April 20, 2005, at 9:15 a.m. Signed by Judge John D. Bates on 3/29/2005. (lcjdb2) (Entered: 03/29/2005) |
| 03/29/2005 | 105 | ENTERED IN ERROR.....(SEE ENTRY #106 FOR CORRECT MEMORANDUM) MEMORANDUM OPINION. Signed by Judge John D. Bates on 3/29/2005. (lcjdb2) Modified on 4/14/2005 (tb ). (Entered: 03/29/2005) |
| 03/29/2005 | | Set Deadlines/Hearings: Amended Complaint due by 5/9/2005. Status Conference set for 4/20/2005 09:15 AM before Judge John D. Bates. (lcjdb2) (Entered: 03/29/2005) |
| 04/14/2005 | 106 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 4/14/2005. (lcjdb2) (Entered: 04/14/2005) |
| 04/14/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: Memorandum Opinion 105 was entered in error see entry 106 for corrected Memorandum Opinion. (tb) (Entered: 04/14/2005) |
| 04/19/2005 | 107 | NOTICE of Appearance by Ronald Alvin Karp on behalf of ALL PLAINTIFFS (Karp, Ronald) (Entered: 04/19/2005) |
| 04/20/2005 | | Minute Entry Status Conference held on 4/20/2005 before Judge John D. Bates : (Court Reporter Kay Moomey, Miller) (tb) (Entered: 04/20/2005) |
| 04/20/2005 | 108 | ORDER vacating entry of default against the Republic of Sudan and the Ministry of the Interior of the Republic of Sudan; requiring plaintiffs to submit briefing on issues relating to service by not later than April 27, 2005; and scheduling a status call for September 9, 2005, at 9:00 a.m. Signed by Judge John D. Bates on 4/20/2005. (lcjdb2) (Entered: 04/20/2005) |

| 04/20/2005 | | | Set Deadlines/Hearings: Status Conference set for 9/9/2005 09:00 AM before Judge John D. Bates. (lcjdb2) (Entered: 04/20/2005) |
|---|---|---|---|
| 04/27/2005 | 109 | | MEMORANDUM by ALL PLAINTIFFS. (Perles, Steven) (Entered: 04/27/2005) |
| 04/28/2005 | 110 | | NOTICE OF APPEAL as to 106 Memorandum & Opinion, 104 Order on Motion to Dismiss, Order on Motion to Strike, Order on Motion to Take Deposition, Order on Motion for Discovery, Order on Motion for Issuance of Letters Rogatory,by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. Filing fee $ 255, receipt number 134207. (lc, ) (Entered: 04/29/2005) |
| 04/29/2005 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 110 Notice of Appeal, (lc, ) (Entered: 04/29/2005) |
| 05/03/2005 | 111 | | NOTICE of Appearance by Tuna Mecit on behalf of ALL PLAINTIFFS (Mecit, Tuna) (Entered: 05/03/2005) |
| 05/03/2005 | 112 | | THIRD AMENDED COMPLAINT against REPUBLIC OF SUDAN, ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDANfiled by ALL PLAINTIFFS.(nmw, ) (Entered: 05/04/2005) |
| 05/06/2005 | 113 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Third Amended Complaint* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 05/06/2005) |
| 05/09/2005 | | | MINUTE ORDER: Upon consideration of 113 the Sudan defendants' unopposed motion for an extension of time, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Sudan defendants must file an answer or otherwise respond to plaintiffs' Third Amended Complaint by not later than June 24, 2005. Signed by Judge John D. Bates on 5/9/2005. (lcjdb2) (Entered: 05/09/2005) |
| 05/09/2005 | | | Set/Reset Deadlines: Answer or other response due by 6/24/2005. (lcjdb2) (Entered: 05/09/2005) |
| 05/24/2005 | | | USCA Case Number 05−5173 for 110 Notice of Appeal, filed by REPUBLIC OF SUDAN,, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN,. (lc, ) (Entered: 05/25/2005) |
| 06/24/2005 | 114 | | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 06/24/2005) |
| 06/30/2005 | 115 | | MOTION for Extension of Time to File Answer by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 06/30/2005) |
| 07/05/2005 | | | MINUTE ORDER: Upon consideration of 115 plaintiffs' consent motion for an extension of time, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that plaintiffs shall file an opposition to the Sudan defendants' motion to dismiss by not later than August 15, 2005, and the Sudan defendants shall file any reply by not later than September 15, 2005. |

| | | | |
|---|---|---|---|
| | | | Signed by Judge John D. Bates on 7/5/2005. (lcjdb2) (Entered: 07/05/2005) |
| 07/05/2005 | | | Set/Reset Deadlines: Response to Dispositive Motions due by 8/15/2005. Reply to Dispositive Motions due by 9/15/2005. (lcjdb2) (Entered: 07/05/2005) |
| 08/15/2005 | 116 | | Memorandum in opposition to motion re 114 filed by ALL PLAINTIFFS. (Perles, Steven) (Entered: 08/15/2005) |
| 08/31/2005 | 117 | | MOTION to Consolidate Cases . (lc, ) (Entered: 09/09/2005) |
| 09/02/2005 | 119 | | ORDER of USCA (certified copy) as to 110 Notice of Appeal, filed by REPUBLIC OF SUDAN,, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN; It is hereby ordered that this case be held in abeyance pending further order of the court; USCA#05−5173 (jsc) (Entered: 09/19/2005) |
| 09/09/2005 | | | Minute Entry Status Conference held on 9/9/2005 before Judge John D. Bates : (Court Reporter Bryan Wayne) (tb) (Entered: 09/09/2005) |
| 09/09/2005 | | | MINUTE ORDER: It is hereby ORDERED that the motion to consolidate cases filed in Rizwan Kahliq, et al., v. Republic of Sudan, et al., Civil Action No. 04−1536, on August 31, 2005, is deemed FILED in this action; and it is further ORDERED that the parties submit responses, if any, by not later than September 23, 2005. Signed by Judge John D. Bates on 09/09/2005. (lcjdb2) (Entered: 09/09/2005) |
| 09/15/2005 | 118 | | REPLY to opposition to motion re 114 *dismissal* filed by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Attachments: # 1)(Bemis, Douglas) (Entered: 09/15/2005) |
| 09/23/2005 | 120 | | Memorandum in opposition to motion re 117 *To Consolidate Cases* filed by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 09/23/2005) |
| 10/26/2005 | 121 | | STATUS REPORT *Service Copy of Joint Status Report filed in the DC Circuit* by ALL PLAINTIFFS. (Perles, Steven) (Entered: 10/26/2005) |
| 01/25/2006 | 122 | | STATUS REPORT by ALL PLAINTIFFS, REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 01/25/2006) |
| 01/26/2006 | 123 | | MEMORANDUM OPINION re: 114 Sudan defendants' motion to dismiss. Signed by Judge John D. Bates on 1/26/2006. (lcjdb2) (Entered: 01/26/2006) |
| 01/26/2006 | 124 | | ORDER denying 114 Motion to Dismiss. Signed by Judge John D. Bates on 1/26/2006. (lcjdb2) (Entered: 01/26/2006) |
| 01/26/2006 | | | MINUTE ORDER: It is hereby ORDERED that a status conference will be held on February 28, 2006, at 9:00 a.m. before Judge John D. Bates. Signed by Judge John D. Bates on 1/26/2006. (lcjdb2) (Entered: 01/26/2006) |
| 01/26/2006 | | | Set/Reset Hearings: Status Conference set for 2/28/2006 09:00 AM in Courtroom 8 before Judge John D. Bates. (lcjdb2) (Entered: 01/26/2006) |
| 02/24/2006 | 125 | | NOTICE OF APPEAL as to 124 Order on Motion to Dismiss/Lack of Jurisdiction, 123 Memorandum & Opinion by REPUBLIC OF SUDAN, |

| | | |
|---|---|---|
| | | ISLAMIC REPUBLIC OF IRAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. Filing fee $ 255, receipt number 142702. (lc, ) (Entered: 02/27/2006) |
| 02/24/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 125 Notice of Appeal, (lc, ) (Entered: 02/27/2006) |
| 02/27/2006 | 126 | STATUS REPORT by ALL PLAINTIFFS, REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 02/27/2006) |
| 02/28/2006 | | ORDER STAYING CASE: In light of the filing by the Sudan defendants of 125 a notice of appeal of 124 the Court's order denying their motion to dismiss on sovereign−immunity grounds, it is hereby ORDERED that all proceedings in this case are STAYED pending resolution of that appeal. Signed by Judge John D. Bates on 2/28/2006. (lcjdb2) (Entered: 02/28/2006) |
| 02/28/2006 | | Minute Entry Status Conference held on 2/28/2006 before Judge John D. Bates : Order previously entered. (Court Reporter Bryan Wayne) (tb) (Entered: 02/28/2006) |
| 03/24/2006 | | USCA Case Number 06−5079 for 125 Notice of Appeal, filed by ISLAMIC REPUBLIC OF IRAN,, REPUBLIC OF SUDAN,, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN,. (tg, ) (Entered: 03/24/2006) |
| 06/05/2006 | 127 | STATUS REPORT by ALL PLAINTIFFS, REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 06/05/2006) |
| 11/20/2007 | 128 | MOTION by Hunton & Williams LLP to Withdraw as Attorney by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Declaration# 2 Text of Proposed Order)(lc, ) (Entered: 11/21/2007) |
| 11/23/2007 | | MINUTE ORDER: Upon consideration of 128 the motion to withdraw as counsel by Hunton & Williams LLP, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 11/23/2007.(lcjdb2) (Entered: 11/23/2007) |
| 11/26/2007 | 129 | MOTION to Withdraw as Attorney *by Douglas K. Bemis, Jr.* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Declaration of Douglas K. Bemis, Jr.# 2 Exhibit LCvR 83.6(c) Ceritficate and Notice# 3 Text of Proposed Order)(Bemis, Douglas) (Entered: 11/26/2007) |
| 01/10/2008 | 130 | MOTION Lodge Order re 129 MOTION to Withdraw as Attorney *by Douglas K. Bemis, Jr.* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Bemis, Douglas) (Entered: 01/10/2008) |
| 02/15/2008 | 131 | MOTION for Leave to File *Fourth Amended Complaint* by ALL PLAINTIFFS (Attachments: # 1 Supplement Memorandum of Points and Authorities, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Perles, Steven) (Entered: 02/15/2008) |

| 02/15/2008 | 132 | MOTION for Reconsideration re 104 Order on Motion to Dismiss,,, Order on Motion to Strike,,, Order on Motion to Take Deposition,,,,,,,, Order on Motion for Discovery,,, Order on Motion for Issuance of Letters Rogatory,, by ALL PLAINTIFFS (Attachments: # 1 Supplement Memorandum of Points and Authorities, # 2 Exhibit 1, # 3 Text of Proposed Order)(Perles, Steven) (Entered: 02/15/2008) |
|---|---|---|
| 02/26/2008 | 133 | MOTION for Extension of Time to File Response/Reply as to 131 MOTION for Leave to File *Fourth Amended Complaint* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Text of Proposed Order)(Bemis, Douglas) (Entered: 02/26/2008) |
| 02/26/2008 | 134 | MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Motion for Reconsideration* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Text of Proposed Order)(Bemis, Douglas) (Entered: 02/26/2008) |
| 02/26/2008 | | MINUTE ORDER: Upon consideration of 133 the Sudan defendants' unopposed motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that defendants shall file their response to plaintiffs' motion for leave to file an amended complaint by not later than March 14, 2008. Signed by Judge John D. Bates on 2/26/2008. (lcjdb2) (Entered: 02/26/2008) |
| 02/26/2008 | | MINUTE ORDER: Upon consideration of 134 the Sudan defendants' unopposed motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that defendants shall file their response to plaintiffs' motion for partial reconsideration by not later than March 14, 2008. Signed by Judge John D. Bates on 2/26/2008. (lcjdb2) (Entered: 02/26/2008) |
| 03/13/2008 | 135 | Unopposed MOTION for Extension of Time to File Response/Reply *to Motion for Leave to File Fourth Amended Complaint* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Text of Proposed Order)(Bemis, Douglas) (Entered: 03/13/2008) |
| 03/13/2008 | 136 | Unopposed MOTION for Extension of Time to File Response/Reply *to Motion for Partial Reconsideration of March 29, 2005 Order* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Text of Proposed Order)(Bemis, Douglas) (Entered: 03/13/2008) |
| 03/13/2008 | | MINUTE ORDER: Upon consideration of 135 and 136 the Sudan defendants' unopposed motions for an extension of time, and the entire record herein, it is hereby ORDERED that the motions are GRANTED, and it is further ORDERED that defendants shall file their response to plaintiffs' motion for leave to file an amended complaint and their response to plaintiffs' motion for partial reconsideration by not later than March 28, 2008. Signed by Judge John D. Bates on 3/13/2008. (lcjdb2) (Entered: 03/13/2008) |
| 03/28/2008 | 137 | MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Motion for Reconsideration and Plaintiffs' Motion to File Amended Complaint* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE |

| | | | |
|---|---|---|---|
| | | | REPUBLIC OF THE SUDAN (Attachments: # 1 Text of Proposed Order)(Bemis, Douglas) (Entered: 03/28/2008) |
| 03/28/2008 | 138 | | MOTION to Withdraw as Attorney *by Douglas Knox Bemis, Jr.* by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Text of Proposed Order)(Bemis, Douglas) (Entered: 03/28/2008) |
| 04/01/2008 | 139 | | Memorandum in opposition to re 137 MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Motion for Reconsideration and Plaintiffs' Motion to File Amended Complaint* filed by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(Perles, Steven) (Entered: 04/01/2008) |
| 04/03/2008 | 140 | | REPLY to opposition to motion re 137 MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Motion for Reconsideration and Plaintiffs' Motion to File Amended Complaint* filed by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 04/03/2008) |
| 04/04/2008 | | | MINUTE ORDER: Upon consideration of 137 the Sudan defendants' motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that defendants shall file their response to plaintiffs' motion for leave to file an amended complaint and their response to plaintiffs' motion for partial reconsideration within fifteen days after the D.C. Circuit has acted on the pending appeals in this proceeding, Nos. 05−5173 and 06−5079. Signed by Judge John D. Bates on 4/4/2008.(lcjdb2) (Entered: 04/04/2008) |
| 07/28/2008 | 141 | | MEMORANDUM re 131 MOTION for Leave to File *Fourth Amended Complaint* filed by ALL PLAINTIFFS, 132 MOTION for Reconsideration re 104 Order on Motion to Dismiss,,, Order on Motion to Strike,,, Order on Motion to Take Deposition,,,,,,,,, Order on Motion for Discovery,,, Order on Motion for Issuance of Letters Rogatory,, MOTION for Reconsideration re 104 Order on Motion to Dismiss,,, Order on Motion to Strike,,, Order on Motion to Take Deposition,,,,,,,,, Order on Motion for Discovery,,, Order on Motion for Issuance of Letters Rogatory,, filed by ALL PLAINTIFFS by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 07/28/2008) |
| 08/26/2008 | | | MINUTE ORDER: It is hereby ORDERED that defendants shall file any oppositions to the pending motions in this case by not later than September 29, 2008. If counsel for the Sudan defendants does not receive instructions from the Sudan defendants by that time, he shall file a status report by not later than September 29, 2008, to so inform the Court. Signed by Judge John D. Bates on 8/26/2008. (lcjdb2) (Entered: 08/26/2008) |
| 08/26/2008 | | | Set/Reset Deadlines: Responses due by 9/29/2008. Status Report due by 9/29/2008. (lcjdb2) (Entered: 08/26/2008) |
| 09/09/2008 | 142 | | MANDATE of USCA (certified copy) as to 110 Notice of Appeal, filed by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN (Attachments: # 1 USCA Opinion dated 7/11/08), it is ORDERED and ADJUDGED that the judgment of the District |

| | | | |
|---|---|---|---|
| | | | Court appealed from in these causes is hereby affirmed and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date. (USCA no. 05−5173)(kb) (Entered: 09/10/2008) |
| 09/26/2008 | 143 | | MOTION to Withdraw as Attorney *by Steven R. Perles* by ALL PLAINTIFFS (Perles, Steven) (Entered: 09/26/2008) |
| 09/29/2008 | 144 | | STATUS REPORT by REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN. (Bemis, Douglas) (Entered: 09/29/2008) |
| 12/22/2008 | 145 | | MOTION for Hearing *on Status of case* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order)(Fay, Thomas) (Entered: 12/22/2008) |
| 12/23/2008 | | | MINUTE ORDER: Upon consideration of 145 Plaintiffs' Motion for Hearing, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that a joint status conference will be held in related cases 1:01−cv−2244, 1:04−cv−1536, 1:08−cv−1377, and 1:08−cv−1378 on January 26, 2009 at 9:15 a.m. in Courtroom 8 before Judge John D. Bates. SO ORDERED. Signed by Judge John D. Bates on 12/23/2008. (lcjdb2) (Entered: 12/23/2008) |
| 12/23/2008 | | | Set/Reset Hearings: Status Conference set for 1/26/2009 09:15 AM in Courtroom 8 before Judge John D. Bates. (lcjdb2) (Entered: 12/23/2008) |
| 01/22/2009 | 146 | | MOTION Adoption of Administrative Plan Regarding Damages by ALL PLAINTIFFS (Attachments: # 1 Exhibit Administrative Plan Regarding Determination Of Damages, # 2 Text of Proposed Order Adopt Administrative Plan)(Fay, Thomas) (Entered: 01/22/2009) |
| 01/25/2009 | 147 | | MOTION Appointment of Commissioner and Issuance of Letters Rogatory by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Appointment of Mark Guenther as Commissioner)(Fay, Thomas) (Entered: 01/25/2009) |
| 01/26/2009 | | | Minute Entry Status Conference held on 1/26/2009 before Judge John D. Bates: Status Conference set for 4/17/2009 09:30 AM in Courtroom 8 before Judge John D. Bates. Order forthcoming. (Court Reporter Cathryn Jones) (tb, ) (Entered: 01/26/2009) |
| 01/26/2009 | 148 | | ORDER granting 129 Douglas K. Bemis, Jr.'s Motion to Withdraw as Attorney, Attorney Douglas K. Bemis, Jr. terminated; denying as moot 130 Bemis's Motion to Lodge Order with the Court and 138 Bemis's Renewed Motion to Withdraw as Attorney; granting 143 Steven R. Perles's Motion to Withdraw as Attorney, Attorney Steven R. Perles terminated; granting 131 Plaintiffs' Motion for Leave to File Fourth Amended Complaint; denying as moot 132 Plaintiffs' Motion for Reconsideration; setting motions deadline for 2/16/2009, responses due by 3/18/2009; setting status conference for 4/17/2009 at 9:30 a.m. See Order for details. Signed by Judge John D. Bates on 1/26/2009. (lcjdb2, ) (Entered: 01/26/2009) |
| 01/26/2009 | | | Set/Reset Deadlines/Hearings: Motions due by 2/16/2009. Responses due by 3/18/2009. Status Conference set for 4/17/2009 09:30 AM in Courtroom 8 before Judge John D. Bates. (lcjdb2) (Entered: 01/26/2009) |
| 01/26/2009 | 149 | | Fourth AMENDED COMPLAINT against ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, MINISTRY |

| | | |
|---|---|---|
| | | OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN filed by ALL PLAINTIFFS.(tr) (Entered: 01/27/2009) |
| 01/31/2009 | 150 | MOTION Appointment of Commissioner and Issuance of Letters Rogatory by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Appointing Mark Guenther Commissioner)(Fay, Thomas) Modified on 3/19/2009 (jeb, ). Modified on 3/19/2009 (jeb, ). (Entered: 01/31/2009) |
| 03/19/2009 | 151 | ORDER granting 150 plaintiffs' motion to appoint Mark Guenther as a commissioner of this Court pursuant to Fed. R. Civ. P. 28(b). See Order for details. Signed by Judge John D. Bates on 3/19/2009. (lcjdb2) (Entered: 03/19/2009) |
| 04/17/2009 | | Minute Entry Status Conference held on 4/17/2009 before Judge John D. Bates: Status Report due by 6/23/2009, Status Conference set for 6/26/2009 09:00 AM in Courtroom 8 before Judge John D. Bates. Order forthcoming. (Court Reporter Lisa Hand) (tb, ) (Entered: 04/17/2009) |
| 04/17/2009 | 152 | ORDER setting miscellaneous deadlines for plaintiffs and scheduling a status conference on June 26, 2009 at 9:00 a.m. See Order for details. Signed by Judge John D. Bates on 4/17/2009. (lcjdb2) (Entered: 04/17/2009) |
| 05/06/2009 | 153 | MOTION for Extension of Time to *File Discovery Plan* by ALL PLAINTIFFS (Attachments: # 1 Exhibit, # 2 Exhibit)(Fay, Caragh) (Entered: 05/06/2009) |
| 05/07/2009 | | MINUTE ORDER: Upon consideration of 153 Plaintiffs' Motion for Extension of Time to File Comprehensive Discovery Plan, and the entire record herein, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART; it is further ORDERED that plaintiffs' shall file a comprehensive discovery plan by not later than May 29, 2009. SO ORDERED. Signed by Judge John D. Bates on 5/7/2009. (lcjdb2) (Entered: 05/07/2009) |
| 05/07/2009 | | Set/Reset Deadlines: Plaintiffs' Comprehensive Discovery Plan due by 5/29/2009. (lcjdb2) (Entered: 05/07/2009) |
| 05/29/2009 | 154 | MOTION for Issuance of Letters Rogatory, MOTION international judicial assistance by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Order Granting Judicial Assistance)(Fay, Thomas) (Entered: 05/29/2009) |
| 05/29/2009 | 155 | MOTION Show Cause/Issue Habeas Corpus by ALL PLAINTIFFS (Attachments: # 1 Exhibit Transcript of Plea Hearing of Ali Mohamed, # 2 Exhibit Guantanamo Detainee Report, # 3 Exhibit USDCSDNY Cr#98−1023 Indictment, # 4 Exhibit Biographical Information Wadih el−Hage, # 5 Text of Proposed Order Order to Show Cause, # 6 Text of Proposed Order Order Issue Habeas Corpus)(Fay, Thomas) (Entered: 05/29/2009) |
| 05/29/2009 | 156 | RESPONSE TO ORDER OF THE COURT re Order on Motion for Extension of Time to, filed by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 05/29/2009) |
| 06/10/2009 | 157 | Consent MOTION for Extension of Time to File Response/Reply as to 155 MOTION Show Cause/Issue Habeas Corpus by FEDERAL BUREAU OF PRISONS (Attachments: # 1 Text of Proposed Order)(Fields, Rhonda) (Entered: 06/10/2009) |

| | | |
|---|---|---|
| 06/11/2009 | | MINUTE ORDER: Upon consideration of 157 Consent Motion for Extension of Time to File Response/Reply, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the Federal Bureau of Prisons shall respond to plaintiffs' application for writs of habeas corpus ad testificandum by not later than July 13, 2009. SO ORDERED. Signed by Judge John D. Bates on 6/11/2009. (lcjdb2) (Entered: 06/11/2009) |
| 06/11/2009 | | Set/Reset Deadlines: Federal Bureau of Prisons' Response to Plaintiffs' Application for Writs of Habeas Corpus Ad Testificandum due by 7/13/2009 (lcjdb2) (Entered: 06/11/2009) |
| 06/11/2009 | 158 | MOTION for Writ of Habeas Corpus ad testificandum *as To Ahmed Khalfan Ghailani* by ALL PLAINTIFFS (Attachments: # 1 Exhibit A − Department of Justice Release, # 2 Exhibit B − Transcript of Ghailani Testimony, # 3 Text of Proposed Order Show Cause Order, # 4 Text of Proposed Order Order to Issue Habeas Corpus)(Fay, Thomas) (Entered: 06/11/2009) |
| 06/26/2009 | | Minute Entry for proceedings held before Judge John D. Bates: Status Conference held on 6/26/2009. (Present: Attorneys for the plaintiffs: James R. Franks, Jr., Steven R. Perles, William R. Wheeler, Jr., Edward B. MacAllister, Thomas F. Fay; Rhonda Fields, U.S. Attorney's Office); (Court Reporter: Bryan Wayne) (tg, ) (Entered: 06/26/2009) |
| 06/26/2009 | 159 | RESPONSE TO ORDER OF THE COURT re Order on Motion for Extension of Time to, *Amended Comprehensive Discovery Plan* filed by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 06/26/2009) |
| 06/26/2009 | 160 | ORDER consolidating cases pursuant to Fed. R. Civ. P. 42(a) for purposes of discovery and trial on the issue of liability only; setting discovery schedule and other miscellaneous deadlines; denying 146 plaintiffs' motion requesting adoption of administrative plan regarding determination of damages without prejudice in Owens v. Republic of Sudan (Civ. A. No. 01−2244); and setting status conference for November 5, 2009 at 9:00 a.m. in Courtroom 8. See Order for details. Signed by Judge John D. Bates on 6/26/2009. (lcjdb2) (Entered: 06/26/2009) |
| 06/26/2009 | | Set/Reset Deadlines/Hearings: Government's Response to Plaintiffs' Motions for Writs of Habeas Corpus Ad Testificandum due by 7/13/2009. Plaintiffs' Status Report Regarding Service of Process due by 10/2/2009. Discovery due by 11/23/2009. Status Conference set for 11/5/2009 09:00 AM in Courtroom 8 before Judge John D. Bates. (lcjdb2) (Entered: 06/26/2009) |
| 06/26/2009 | 161 | ORDER: Upon consideration of the Plaintiff's 154 Motion for Issuance of Letters Rogatory; it is hereby ordered that the motion is GRANTED. It is further ordered that counsel for plaintiffs shall cause one copy of the letter to be tendered to the appropriate diplomatic channels in the U.S. Dept of State for transmittal to judicial authorities in the State of Israel. Signed by Judge John D. Bates on 06/26/09. (Attachments: # 1 Attach (a), # 2 Attach (b)) (tb, ) (Entered: 06/29/2009) |
| 07/13/2009 | 162 | MOTION for Order to Show Cause *Directed To Deponents And Counsel As To Issuance Of Writs Of Habeas Corpus Ad Testificandum* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order To Show Cause Why Writs Of Habeas Corpur Should Not Be Issued)(Fay, Thomas) (Entered: |

| 07/13/2009 | | |
| --- | --- | --- |
| 07/13/2009 | 163 | NOTICE of Appearance by Annie P. Kaplan on behalf of JAMES OWENS (Kaplan, Annie) (Entered: 07/13/2009) |
| 07/14/2009 | 164 | ERRATA *To Correct Proposed Order By Adding Final Full Paragraph* by ALL PLAINTIFFS 162 MOTION for Order to Show Cause *Directed To Deponents And Counsel As To Issuance Of Writs Of Habeas Corpus Ad Testificandum* filed by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 07/14/2009) |
| 08/31/2009 | 165 | ORDER: Upon consideration of 162 MOTION for Order to Show Cause *Directed To Deponents And Counsel As To Issuance Of Writs Of Habeas Corpus Ad Testificandum filed by ALL PLAINTIFF; SEE ORDER FOR RULING AND DETAILS.. Signed by Judge John D. Bates on 08/31/09. (Attachments: # 1 Motion, # 2 Motion, # 3 Motion)(tb, ) (Entered: 09/01/2009)* |
| 10/16/2009 | 166 | RESPONSE TO ORDER OF THE COURT re 165 Order.by Mohamed Rashed D. Al−Owhali (rdj) (Entered: 10/19/2009) |
| 10/26/2009 | 167 | ORDER: Upon consideration of the plaintiffs' 154 MOTION for Issuance of Letters Rogatory MOTION international judicial assistance,and 156 Response to Order of the Court. It is hereby ordered that Harry Lappin, Director of the Fed. Bureau of Prisons and US Attorney General response is by not later than 11/30/2009. Signed by Judge John D. Bates on 10/26/09. (tb, ) (Entered: 10/27/2009) |
| 11/04/2009 | 168 | MEMORANDUM by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 11/04/2009) |
| 11/05/2009 | | Minute Entry Status Conference held on 11/5/2009 before Judge John D. Bates: Status Conference set for 2/08/2010 09:00 AM in Courtroom 8 before Judge John D. Bates. (Court Reporter Brayn Wayne) (tb, ) (Entered: 11/06/2009) |
| 11/05/2009 | | Set/Reset Hearings: Status Conference set for 2/8/2010 09:00 AM in Courtroom 8 before Judge John D. Bates. (tb, ) (Entered: 11/06/2009) |
| 11/27/2009 | 169 | Consent MOTION for Extension of Time to File Response/Reply by FEDERAL BUREAU OF PRISONS (Attachments: # 1 Text of Proposed Order)(Fields, Rhonda) (Entered: 11/27/2009) |
| 11/30/2009 | | MINUTE ORDER: Upon consideration of 169 the non−party federal agencies' consent motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the federal agencies shall file their response to plaintiffs' motion to depose various incarcerated individuals by not later than January 14, 2010. SO ORDERED.Signed by Judge John D. Bates on 11/30/2009. (lcjdb2) (Entered: 11/30/2009) |
| 01/14/2010 | 170 | Unopposed MOTION for Protective Order by FEDERAL BUREAU OF PRISONS, HARLEY G. LAPPIN (Attachments: # 1 Text of Proposed Order)(Fields, Rhonda) (Entered: 01/14/2010) |
| 01/22/2010 | | MINUTE ORDER: Upon the Court's own motion, and in consideration of the entire record herein, it is hereby ORDERED that the status conference |

| | | |
|---|---|---|
| | | scheduled for February 8, 2010, at 9:00 a.m. is CANCELED; it is further ORDERED that a status conference shall be held on February 25, 2010, at 9:00 a.m. in Courtroom 8. The parties should be prepared to discuss the details of the federal respondents' requested protective order [Docket Entry 170]. SO ORDERED. Signed by Judge John D. Bates on 1/22/2010. (lcjdb2) (Entered: 01/22/2010) |
| 02/25/2010 | | Minute Entry Status Conference held on 2/25/2010 before Judge John D. Bates. (Court Reporter Bryan Wayne) (tb, ) (Entered: 02/25/2010) |
| 03/07/2010 | 171 | MOTION for Default as to *Republic of Sudan & Ministrt of the Interior of the Republic of Sudan* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Entry of Default)(Fay, Thomas) (Entered: 03/07/2010) |
| 03/24/2010 | 172 | ORDER granting 171 plaintiffs' motion for entry of default against the Republic of Sudan and the Ministry of the Interior of the Republic of Sudan. See text of Order for details. Signed by Judge John D. Bates on 3/24/2010. (lcjdb2) (Entered: 03/24/2010) |
| 03/25/2010 | 173 | Clerk's ENTRY OF DEFAULT as to MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN (znmw, ) (Entered: 03/25/2010) |
| 04/21/2010 | 174 | ORDER requiring plaintiffs, by not later than April 30, 2010, to meet and confer and submit a discovery plan. See text of Order for details. Signed by Judge John D. Bates on 4/21/2010. (lcjdb2) (Entered: 04/21/2010) |
| 04/30/2010 | 175 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS. ( RE−ISSUANCE OF THE ATTACHMENT TO DOCKET ENTRY 161 . Signed by Judge John D. Bates. (Attachments: # 1 Duplicate Document) (tb, ) (Entered: 04/30/2010) |
| 04/30/2010 | 176 | MEMORANDUM re 174 Order, Set Deadlines by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 04/30/2010) |
| 05/01/2010 | 177 | AFFIDAVIT re 161 Order on Motion for Issuance of Letters Rogatory, Order on Motion for Miscellaneous Relief,, by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 05/01/2010) |
| 05/04/2010 | 178 | SCHEDULING ORDER. See Order for details. Signed by Judge John D. Bates on 5/4/2010. (lcjdb2) (Entered: 05/04/2010) |
| 05/10/2010 | 179 | RESPONSE TO ORDER OF THE COURT re 178 Order, Set Deadlines/Hearings filed by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 marked copy of proposed protective order, # 2 clean copy of proposed protective order)(Fields, Rhonda) (Entered: 05/10/2010) |
| 06/01/2010 | 180 | ERRATA *to proposed protective order* by FEDERAL BUREAU OF PRISONS. (Attachments: # 1 Errata)(Fields, Rhonda) (Entered: 06/01/2010) |
| 06/02/2010 | 181 | MOTION to Continue *Status Call to 6/22/2010, 10a.m.* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Order Continue Status Call)(Fay, Thomas) (Entered: 06/02/2010) |

| 06/02/2010 | 182 | Consent MOTION to Continue *Status Call(Corrected)* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Continue Status to 6/22/10 at 10 a.m.)(Fay, Thomas) (Entered: 06/02/2010) |
| 06/03/2010 | | MINUTE ORDER: Upon consideration of 182 plaintiffs' unopposed motion for a continuance, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the status conference in this case is RESCHEDULED for June 22, 2010, at 10:00 a.m. in Courtroom 8. SO ORDERED. Signed by Judge John D. Bates on 6/3/2010. (lcjdb2) (Entered: 06/03/2010) |
| 06/08/2010 | 183 | Consent MOTION for Protective Order *Renewed* by FEDERAL BUREAU OF PRISONS (Attachments: # 1 Text of Proposed Order)(Fields, Rhonda) (Entered: 06/08/2010) |
| 06/17/2010 | 184 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal. Signed by Judge John D. Bates on 06/17/10. (tb, ) (Entered: 06/18/2010) |
| 06/18/2010 | 185 | ORDER granting in part and denying in part 155 plaintiffs' motion for a writ of habeas corpus ad testificandum and granting 158 plaintiffs' additional motion for a writ of habeas corpus ad testificandum Motion. See Order for details. Signed by Judge John D. Bates on 6/18/2010. (lcjdb2) (Entered: 06/18/2010) |
| 06/22/2010 | 186 | SCHEDULING ORDER. See Order for details. Signed by Judge John D. Bates on 6/22/2010. (lcjdb2) (Main Document 186 replaced on 6/24/2010 to include Discovery deadline). (tb, ) (Entered: 06/22/2010) |
| 06/22/2010 | | Minute Entry: Status Conference held on 6/22/2010 before Judge John D. Bates: Order previously entered today. (Court Reporter Patty Gels) (tb, ) (Entered: 06/22/2010) |
| 06/25/2010 | 187 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM issued to Harley G. Lappin, Director, Federal Bureau of Prisons, 350 First Street, N.W., Washington, D.C. 20530 to produce Mohamed Saddiq Odeh for a deposition to occur on 6/28/10. Signed by Judge John D. Bates on 6/25/10. (mlp) (Entered: 06/25/2010) |
| 06/25/2010 | 188 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM issued to Harley G. Lappin, Director, Federal Bureau of Prisons, 350 First Street, N.W., Washington, D.C. 20530 to produce Wadith El Hage for a deposition which shall occur on 6/28/10. Signed by Judge John D. Bates on 6/25/10. (mlp) (Entered: 06/28/2010) |
| 06/28/2010 | 189 | RESPONSE TO ORDER OF THE COURT re 165 Order, by Ali Mohamed. (dr) (Entered: 06/30/2010) |
| 07/02/2010 | 190 | ORDER vacating in part 185 the Court's June 22, 2010 Order and denying plaintiffs' motion for a writ of habeas corpus ad testificandum as to Ali Mohamed. See Order for details. Signed by Judge John D. Bates on 7/2/2010. (lcjdb2) (Entered: 07/02/2010) |
| 07/06/2010 | 191 | RENEWED MOTION for Writ of Habeas Corpus ad testificandum by ALL PLAINTIFFS (Attachments: # 1 Exhibit Plea Hearing Transcript Ali Mohamed, # 2 Text of Proposed Order Show Cause)(Fay, Thomas) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/06/2010) |
| 07/07/2010 | 192 | | ORDER requiring Ali Mohamed, by not later than July 28, 2010, to support his assertion of his Fifth Amendment privilege with respect to the facts at issue in his criminal prosecution. See Order for details. Signed by Judge John D. Bates on 7/7/2010. (lcjdb2) (Entered: 07/07/2010) |
| 07/13/2010 | | | MINUTE ORDER: Upon the Court's own motion, and in consideration of the entire record herein, it is hereby ORDERED that the status conference currently scheduled for August 18, 2010, is RESCHEDULED for August 24, 2010, at 9:30 a.m. in Courtroom 8. SO ORDERED. (tb, ) (Entered: 07/13/2010) |
| 07/24/2010 | 193 | | ENTERED IN ERROR.....REPLY to opposition to motion re 191 MOTION for Writ of Habeas Corpus ad testificandum filed by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(Fay, Thomas) Modified on 7/26/2010 (dr). (Entered: 07/24/2010) |
| 07/26/2010 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 193 Reply to opposition to Motion was entered in error because it was filed prematurely. There has been no opposition filed as of yet. (dr) (Entered: 07/26/2010) |
| 07/27/2010 | 194 | | ENTERED IN ERROR.....SEALED DOCUMENT filed by JAMES ROTH. (This document is SEALED and only available to authorized persons.) "Leave to File Granted," Signed by Judge Hogan on 7/27/2010(zdr) Modified on 8/4/2010 (dr). (Entered: 07/27/2010) |
| 07/27/2010 | 195 | | SUPPLEMENTAL MEMORANDUM to re 191 MOTION for Writ of Habeas Corpus ad testificandum filed by JAMES ROTH. "Leave to File Granted," Signed by Judge Hogan on 7/27/10 (dr) (Entered: 07/27/2010) |
| 08/04/2010 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 194 Sealed Document was entered in error at request of chambers because it is a duplicate filing to 195 , and is not under seal. (dr) (Entered: 08/04/2010) |
| 08/09/2010 | | | MINUTE ENTRY: Notice of ex parte under seal filing by James Roth. (tb) (Entered: 08/10/2010) |
| 08/09/2010 | 197 | | SEALED DOCUMENT filed by JAMES ROTH. (This document is SEALED and only available to authorized persons.)(zdr) (Entered: 08/10/2010) |
| 08/10/2010 | 196 | | ORDER denying 191 plaintiffs' motion for a writ of habeas corpus ad testificandum as to Ali Mohamed. See Order for details. Signed by Judge John D. Bates on 8/10/2010. (lcjdb2) (Entered: 08/10/2010) |
| 08/23/2010 | 198 | | MOTION requesting adoption of Administrative Plan For Special Masters by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Adopt Administrative Plan Governing Determination of Damages)(Fay, Thomas) Modified on 8/24/2010 to exhance text (ks). (Entered: 08/23/2010) |
| 08/24/2010 | | | NOTICE Pursuant to re 108 ORDER Filed 4/20/05, and 13 Clerk's Entry of Default, parties ISLAMIC REPUBLIC OF IRAN, and IRANIAN MINISTRY OF INFORMATION AND SECURITY shall remain in Default. (dr) (Entered: 08/24/2010) |
| 08/24/2010 | | | |

| | | |
|---|---|---|
| | | THIS ENTRY HAS BEEN DELETED AT THE REQUEST OF CHAMBERS. (dr) (Entered: 08/24/2010) |
| 08/24/2010 | | Minute Entry: Status Conference held on 8/24/2010 before Judge John D. Bates: Order forthcoming. (Court Reporter Bryan Wayne) (tb, ) (Entered: 08/24/2010) |
| 08/24/2010 | 199 | SCHEDULING ORDER. See text of Order for details. Signed by Judge John D. Bates on 8/24/2010. (lcjdb2) (Entered: 08/24/2010) |
| 08/27/2010 | 200 | ORDER requiring plaintiffs to address certain issues in their pretrial brief. See text of Order for details. Signed by Judge John D. Bates on 8/27/2010. (lcjdb2) (Entered: 08/27/2010) |
| 09/09/2010 | 201 | MEMORANDUM re 199 Order, Set Deadlines, 200 Order by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Conference Committee Report)(Fay, Thomas) (Entered: 09/09/2010) |
| 09/12/2010 | 202 | ORDER denying plaintiffs' motion for a case management order. See text of Order for details. Signed by Judge John D. Bates on 9/12/2010. (lcjdb1) (Entered: 09/12/2010) |
| 09/24/2010 | 203 | PRETRIAL BRIEF *Consolidated* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(Fay, Thomas) Modified on 9/27/2010 to edit text (dr). (Entered: 09/24/2010) |
| 10/02/2010 | 204 | MOTION for leave to Depose Dr. Reuven Paz re 186 Order, Set Deadlines/Hearings by ALL PLAINTIFFS (Attachments: # 1 Exhibit Notice of Deposition, # 2 Text of Proposed Order Leave to Take Deposition)(Fay, Thomas) (Entered: 10/02/2010) |
| 10/12/2010 | | MINUTE ORDER: Upon consideration of 204 plaintiffs' motion to permit the de bene esse deposition of Dr. Reuven Paz, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the plaintiffs shall be permitted to take the deposition of Dr. Reuven Paz, de bene esse, for use at trial. SO ORDERED. Signed by Judge John D. Bates on 10/12/2010. (lcjdb2) (Entered: 10/12/2010) |
| 10/25/2010 | | Minute Entry: Evidentiary Hearing held on 10/25/2010 before Judge John D. Bates: Opening Statement; Video Deposition witnesses: Prudence Bushnell, Essam Al−Ridi, George Mbimba and Jomo Boke; Live witnesses: Worley Reed, Ken Piernick, Ellen Bomer, Don Bomer. Evidentiary Hearing continued to 10/26/2010 at 09:30 AM in Courtroom 8 before Judge John D. Bates. (Court Reporter Bryan Wayne) (tb, ) (Entered: 10/25/2010) |
| 10/26/2010 | | Minute Entry: Evidentiary Hearing held on 10/26/2010 before Judge John D. Bates: Video witnesses: Reuven Paz; Live witnesses: Patrick Clawson, Matthew Levitt and Tobias Otieno. Evidentiary Hearing continued to 10/28/2010 at 09:30 AM in Courtroom 8 before Judge John D. Bates. (Court Reporter Bryan Wayne) (tb, ) (Entered: 10/27/2010) |
| 10/28/2010 | | Minute Entry: Evidentiary Hearing held on 10/28/2010 before Judge John D. Bates: Live witnesses: Evan Kohlman and Stephen Simon; testimony concluded. (Court Reporter Bryan Wayne) (tb, ) (Entered: 10/28/2010) |
| 12/10/2010 | 205 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File *Proposed Findings, Conclusions of Law and Judgment* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Extend Time To File Proposed Findings, Conclusions of Law & Order)(Fay, Thomas) (Entered: 12/10/2010) |
| 12/14/2010 | | MINUTE ORDER: Upon consideration of 205 plaintiffs' motion for enlargement of time to file their proposed findings of fact, conclusions of law and judgment, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendants file their proposed findings of fact, conclusions of law and judgment by not later than January 14, 2011. SO ORDERED. Signed by Judge John D. Bates on 12/14/2010. (lcjdb2) (Entered: 12/14/2010) |
| 01/04/2011 | 206 | MEMORANDUM by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Mwila Estate Appointment, # 2 Exhibit Ndange Estate Appointment, # 3 Exhibit Myulya Estate Appointment, # 4 Exhibit Ramadhani Estate Appointment, # 5 Exhibit Marcus Estate Appointment, # 6 Exhibit Saidi Estate Appointment)(Fay, Thomas) (Entered: 01/04/2011) |
| 01/24/2011 | 207 | Renewed MOTION Requesting Adoption of Administrative Plan for use of Special Masters Regarding Determination of Damages by JAMES OWENS (Attachments: # 1 Text of Proposed Order Administrative Plan for Appointment of Special Master)(Fay, Thomas) Modified on 1/25/2011 to edit text (dr). (Entered: 01/24/2011) |
| 01/24/2011 | 208 | MOTION Appointment of Special Master re 207 MOTION Appointment of Special Masters by JAMES OWENS (Attachments: # 1 Exhibit Acceptance of Appointment by Proposed Special Master, # 2 Supplement Appoint Special Master)(Fay, Thomas) (Entered: 01/24/2011) |
| 02/04/2011 | 209 | MOTION for Leave to File *Document Under Seal* by ALL PLAINTIFFS (Attachments: # 1 Supplement Proposed Order, # 2 Supplement Notice of Sealed Filing)(Fay, Thomas) (Entered: 02/04/2011) |
| 02/07/2011 | | MINUTE ORDER: Upon consideration of 209 plaintiffs' motion for leave to file certain documents under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 2/7/2011. (lcjdb2) (Entered: 02/07/2011) |
| 02/07/2011 | 210 | SEALED FBI Executive Summary filed by ALL PLAINTIFFS. (This document is SEALED and only available to authorized persons.)(zjf, ) (Entered: 02/07/2011) |
| 09/02/2011 | 211 | TRANSCRIPT OF PROCEEDINGS before Judge John D. Bates held on 10/25/10; Page Numbers: 1 − 102. Date of Issuance:9/2/11. Court Reporter/Transcriber Bryan A. Wayne, Telephone number 202−354−3186, Court Reporter Email Address : bryanawayne@yahoo.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public |

| | | |
|---|---|---|
| | | via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/23/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 12/1/2011.(Wayne, Bryan) (Entered: 09/02/2011) |
| 09/02/2011 | <u>212</u> | TRANSCRIPT OF PROCEEDINGS before Judge John D. Bates held on 10/26/10; Page Numbers: 103 − 211. Date of Issuance:9/2/11. Court Reporter/Transcriber Bryan A. Wayne, Telephone number 202−354−3186, Court Reporter Email Address : bryanawayne@yahoo.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/23/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 12/1/2011.(Wayne, Bryan) (Entered: 09/02/2011) |
| 09/02/2011 | <u>213</u> | TRANSCRIPT OF PROCEEDINGS before Judge John D. Bates held on 10/28/10; Page Numbers: 212 −376. Date of Issuance:9/2/11. Court Reporter/Transcriber Bryan A. Wayne, Telephone number 202−354−3186, Court Reporter Email Address : bryanawayne@yahoo.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/23/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 12/1/2011.(Wayne, Bryan) (Entered: 09/02/2011) |
| 11/28/2011 | <u>214</u> | ORDER entering final judgment in favor of plaintiffs and against defendants. Status conference scheduled for December 19, 2011 at 9:15 a.m. in Courtroom 14. See Order for details. Signed by Judge John D. Bates on 11/28/2011. (lcjdb2) (Entered: 11/28/2011) |
| 11/28/2011 | <u>215</u> | MEMORANDUM OPINION. Signed by Judge John D. Bates on 11/28/2011. (lcjdb2) (Main Document 215 replaced on 11/30/2011 at the request of chambers) (dr) (Entered: 11/28/2011) |
| 12/19/2011 | | MINUTE ORDER: Pursuant to the status conference held on December 19, 2011, and the entire record herein, it is hereby ORDERED that the parties |

| | | |
|---|---|---|
| | | shall file proposed orders and administrative plans by not later than January 17, 2012. Signed by Judge John D. Bates on 12/19/2011. (lcjdb2) (Entered: 12/19/2011) |
| 12/19/2011 | | Minute Entry: Status Conference held on 12/19/2011 before Judge John D. Bates: See Minute Order entered today. (Court Reporter Chantel Geneus) (tb, ) (Entered: 12/19/2011) |
| 12/28/2011 | 216 | MOTION for Order *Adopting Administrative Plan Governing Determination Of Damages Issues* by JAMES OWENS (Attachments: # 1 Text of Proposed Order Adopt Administrative Plan For Appointment Of Special Masters)(Fay, Thomas) (Entered: 12/28/2011) |
| 01/15/2012 | 217 | MOTION Leave To Deposit Funds To Compensate Sprecial Masters by JAMES OWENS (Attachments: # 1 Text of Proposed Order Leave To Deposit Funds)(Fay, Thomas) (Entered: 01/15/2012) |
| 01/15/2012 | 218 | MOTION Appoint John C. Swanson Special Master by JAMES OWENS (Attachments: # 1 Supplement Acceptance By Special Master John C. Swanson, # 2 Text of Proposed Order Order Appointing John C. Swanson Special Master)(Fay, Thomas) (Entered: 01/15/2012) |
| 01/15/2012 | 219 | MOTION *For Appointment Of Paul Griffin As Special Master* by JAMES OWENS (Attachments: # 1 Supplement Acceptance Of Appointment By Special Master Paul Griffin, # 2 Text of Proposed Order Order Appointing Paul Griffin Special Master)(Fay, Thomas) (Entered: 01/15/2012) |
| 02/27/2012 | 220 | ORDER ADOPTING ADMINISTRATIVE PLAN. See text of Order for details. Signed by Judge John D. Bates on 2/27/2012. (lcjdb2) (Entered: 02/27/2012) |
| 02/27/2012 | 221 | ORDER APPOINTING SPECIAL MASTERS. See text of Order for details. Signed by Judge John D. Bates on 2/27/2012. (lcjdb2) (Entered: 02/27/2012) |
| 04/16/2012 | 222 | MOTION *Requesting Clarification of Order entered November 29, 2011* 214 Order *Entering Judgment on Lability* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Clarifying Order of 11/28/2011)(Fay, Thomas) Modified on 4/17/2012 to edit event used (dr). (Entered: 04/16/2012) |
| 04/17/2012 | | MINUTE ORDER: Upon consideration of 222 plaintiffs' motion requesting clarification of order entered November 29, 2011, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that 214 the Order of November 28, 2011 is AMENDED as follows: It is further ORDERED that the Clerk of Court shall arrange for 214 the Order of November 28, 2011 and 215 the accompanying Memorandum Opinion to be translated into Arabic and cause copies of the translated Order and Memorandum Opinion to be transmitted to the United States Department of State for service upon defendants Republic of Sudan and Ministry of the Interior of the Republic of Sudan; and it is further ORDERED that the Clerk of Court shall arrange for 214 the Order of November 28, 2011 and 215 the accompanying Memorandum Opinion to be translated into Farsi and cause copies of the translated Order and Memorandum Opinion to be transmitted to the United States Department of State for service upon defendants the Islamic Republic of Iran and the Iranian Ministry of Information and Security. SO ORDERED. Signed by Judge John D. Bates on 4/17/2012. (lcjdb2) (Entered: |

| | | |
|---|---|---|
| | | 04/17/2012) |
| 04/30/2012 | 223 | NOTICE *Acceptance of Appointment by John Swanson* by JAMES OWENS re 221 Order on Motion for Miscellaneous Relief,,, Order on Motion for Order,,, (Fay, Thomas) (Entered: 04/30/2012) |
| 05/03/2012 | 224 | NOTICE *Acceptance of Appointment by Special Master Paul G. Griffin* by ALL PLAINTIFFS (Attachments: # 1 Exhibit Curriculum Vitae of Special Master Paul G. Griffin)(Fay, Joseph) (Entered: 05/03/2012) |
| 05/08/2012 | 225 | AFFIDAVIT *of Service of Process of the Liability Judgment* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Side one of US Postal Service Return Receipt, # 2 Exhibit Side two of US Postal Service Return Receipt)(Fay, Joseph) (Entered: 05/08/2012) |
| 05/09/2012 | 226 | MOTION to Intervene by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Attachments: # 1 Memorandum in Support, # 2 Exhibit A)(dr) (Entered: 05/17/2012) |
| 06/01/2012 | 227 | AFFIDAVIT REQUESTING FOREIGN MAILING by ALL PLAINTIFFS. (dr) (Entered: 06/04/2012) |
| 06/01/2012 | 228 | REQUEST from PLAINTIFFS for the Clerk to effect service of two copies of 214 ORDER, and 215 MEMORANDUM OPINION, together with a translation of each into the official language of the foreign state, by certified |

| | | | |
|---|---|---|---|
| | | | mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (dr) (Entered: 06/04/2012) |
| 06/04/2012 | 229 | | CERTIFICATE OF CLERK of mailing two copies of the 214 ORDER, and 215 MEMORANDUM OPINION, together with a translation of each into the official language of the foreign state on 06/04/2012, by certified mail, return receipt requested, to the U. S. Department of State, Edward Betancourt, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Attachment) (dr) (Entered: 06/04/2012) |
| 06/12/2012 | 230 | | NOTICE of Appearance by Stephen Norman Weiss on behalf of All Plaintiffs (Weiss, Stephen) (Entered: 06/12/2012) |
| 06/22/2012 | 231 | | MOTION for Protective Order by U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit A, # 2 Exhibit B)(znmw, ) (Entered: 06/22/2012) |
| 06/26/2012 | 232 | | PROTECTIVE ORDER setting forth procedures for handling confidential material. Signed by Judge John D. Bates on 6/26/2012. (lcjdb2) (Entered: 06/26/2012) |
| 07/03/2012 | 233 | | ORDER granting 226 motion to intervene. Memorandum from proposed plaintiffs due by not later than July 24, 2012. See text of Order for details. Signed by Judge John D. Bates on 7/3/2012. (lcjdb2) (Entered: 07/03/2012) |
| 07/03/2012 | 234 | | Intervenor COMPLAINT filed by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN |

| | | | |
|---|---|---|---|
| | | | O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN.(znmw, ) (Entered: 07/05/2012) |
| 07/24/2012 | 235 | | NOTICE of filing *of a proposed scheduled for further proceedings* re 233 Order on Motion to Intervene by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN. (Portnoy, Aryeh) Modified on 7/25/2012 to edit event (dr). (Entered: 07/24/2012) |
| 07/31/2012 | 236 | | ORDER regarding Aliganga plaintiffs. See text of Order for details. Signed by Judge John D. Bates on 7/31/2012. (lcjdb2) (Entered: 07/31/2012) |
| 08/02/2012 | 237 | | NOTICE of Appearance by Joseph William Fay on behalf of JAMES OWENS (Fay, Joseph) (Entered: 08/02/2012) |
| 08/21/2012 | 238 | | NOTICE of Appearance by Laurel Pyke Malson on behalf of CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE |

| | | | |
|---|---|---|---|
| | | | BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Malson, Laurel) (Entered: 08/21/2012) |
| 08/21/2012 | 239 | | NOTICE of Appearance by Aryeh S. Portnoy on behalf of CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN |

| | | | |
|---|---|---|---|
| | | | MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Portnoy, Aryeh) (Entered: 08/21/2012) |
| 08/21/2012 | 240 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Ariel Applebaum−Bauch, :Firm− Crowell & Moring LLP, :Address− 1001 Pennsylvania Ave., N.W. Washington, D.C.. Phone No. − 202−624−2500. Fax No. − 202−628−5116 by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Portnoy, Aryeh) (Entered: 08/21/2012) |
| 08/21/2012 | 241 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jesse Kirchner, :Firm− Crowell & Moring LLP, :Address− 1001 Pennsylvania Ave., N.W., Washington, D.C. 20004. Phone No. − 202−624−2500. Fax No. − 202−628−5116 by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, |

| | | | |
|---|---|---|---|
| | | | SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Portnoy, Aryeh) (Entered: 08/21/2012) |
| 08/21/2012 | 242 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Joanna Slott, :Firm− Crowell & Moring LLP, :Address− 1001 Pennsylvania Ave., N.W., Washington, D.C. 20004. Phone No. − 202−624−2500. Fax No. − 202−628−5116 by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, |

KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Portnoy, Aryeh) (Entered: 08/21/2012)

| 08/21/2012 | 243 | | NOTICE of Appearance by John L. Murino on behalf of CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Murino, John) (Entered: 08/21/2012) |
| 08/22/2012 | 244 | | NOTICE *of Electronic Filing* by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, |

| | | |
|---|---|---|
| | | JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN re 234 Intervenor Complaint,,,,,, (Portnoy, Aryeh) (Entered: 08/22/2012) |
| 08/23/2012 | | Summons (4) Issued as to IRANIAN MINISTRY OF INFORMATION AND SECURITY, ISLAMIC REPUBLIC OF IRAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN. (dr) (Entered: 08/23/2012) |
| 08/27/2012 | 245 | MOTION for Order *to Appoint Persons to Administer Oaths for Depositions* by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES |

| | | | |
|---|---|---|---|
| | | | ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Portnoy, Aryeh) (Entered: 08/27/2012) |
| 08/27/2012 | | | MINUTE ORDER: Upon consideration of counsel's request during a telephone conversation with chambers, and the entire record herein, it is hereby ORDERED that the date for reporting to the Court an appropriate special master as required by 236 the Courts July 31, 2012 Order is hereby extended until not later than September 10, 2012. SO ORDERED. Signed by Judge John D. Bates on 08/27/2012. (lcjdb2) (Entered: 08/27/2012) |
| 08/27/2012 | | | MINUTE ORDER: Upon consideration of 240 241 242 the motions for admission pro hac vice of Ariel E. Applebaum−Bauch, Jesse J. Kirchner, and Joanna G. Slott, and pursuant to Local Civil Rule 83.2(d), it is hereby ORDERED that the motions are GRANTED effective August 21, 2012; and it is further ORDERED that the Clerk of Court shall enter the appearances of Ariel E. Applebaum−Bauch, Jesse J. Kirchner, and Joanna G. Slott on behalf of the Aliganga plaintiffs. SO ORDERED. Signed by Judge John D. Bates on 08/27/2012. (lcjdb2) (Entered: 08/27/2012) |
| 08/29/2012 | 246 | | AFFIDAVIT REQUESTING FOREIGN MAILING re 234 Intervenor Complaint,,,,,, *to Islamic Republic of Iran and Iranian Ministry of Information and Security* by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING |

| | | | |
|---|---|---|---|
| | | | MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN. (Portnoy, Aryeh) (Entered: 08/29/2012) |
| 08/29/2012 | 247 | | AFFIDAVIT REQUESTING FOREIGN MAILING re 234 Intervenor Complaint,,,,,, *to Republic of Sudan and Sudanese Ministry of the Interior* by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN. (Attachments: # 1 Appendix)(Portnoy, Aryeh) (Entered: 08/29/2012) |
| 08/29/2012 | | | MINUTE ORDER: Upon consideration of 245 plaintiffs' motion to appoint persons to administer oaths for depositions, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Laurel P. Malson, Aryeh S. Portnoy, John L. Murino, Ariel E. Applebaum−Bauch, Jesse J. Kirchner, and Joanna G. Slott are hereby appointed to administer any necessary oaths for depositions in this matter. SO ORDERED. Signed by Judge John D. Bates on 08/29/2012. (lcjdb2) (Entered: 08/29/2012) |
| 08/29/2012 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines: Report to Court as to the Special Master due by 9/10/2012. (tb, ) (Entered: 08/29/2012) |
| 09/04/2012 | 248 | | REQUEST from PLAINTIFFS for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (See Docket entry 246 to view document) (dr) (Entered: 09/04/2012) |
| 09/04/2012 | 249 | | REQUEST from PLAINTIFFS for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by Certified mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (See Docket entry 247 to view document) (dr) (Entered: 09/04/2012) |
| 09/04/2012 | 250 | | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 09/04/2012, by certified mail, return receipt requested, to the U. S. Department of State, Edward Betancourt, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Proof of Mailing) (dr) (Entered: 09/04/2012) |
| 09/04/2012 | 251 | | CERTIFICATE OF CLERK of mailing one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 09/04/2012, by certified mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 Proof of Mailing) (dr) (Entered: 09/04/2012) |
| 09/08/2012 | 252 | | STATUS REPORT − *Aliganga Plaintiffs' Report Pursuant to July 31 2012 Order* by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT |

KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES
ROBERT KLAUCKE, KAREN MARIE KLAUCKE, LINDA JANE
WHITESIDE LESLIE, JOSEPH DENEGRE MARTIN, JR, JOSEPH
DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING
MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN
MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN
O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND
OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS,
MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI
PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE
BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN. (Malson, Laurel)
(Entered: 09/08/2012)

| 09/18/2012 | 253 | ORDER appointing Special Master. See text for details. Signed by Judge John D. Bates on 09/19/2012. (lcjdb2) (Entered: 09/18/2012) |
|---|---|---|
| 11/21/2012 | 254 | AFFIDAVIT of Mailing by ALL PLAINTIFFS. *(Diplomatic Notes 1064−IE, 1065−IE, and 1066−IE, each dated 09/11/2012 and delivered on 09/26/2012)* (dr) Modified on 11/28/2012 original docs have been sent to attorney (dr). (Entered: 11/28/2012) |
| 12/07/2012 | 255 | MOTION for Protective Order by U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit A, # 2 Exhibit B)(rdj) (Entered: 12/10/2012) |
| 12/12/2012 | 256 | PROTECTIVE ORDER. See text for details. Signed by Judge John D. Bates on 12/12/2012. (lcjdb2) (Entered: 12/12/2012) |
| 12/14/2012 | | Minute Entry: Materials in response to 161 Court's June 26, 2009 Order requesting international judicial assistance received from State of Israel and transmitted to plaintiffs. (lcjdb2) (Entered: 12/14/2012) |
| 12/14/2012 | 257 | AFFIDAVIT REQUESTING FOREIGN MAILING by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, FREDERICK ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARSEY GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES |

| | | | |
|---|---|---|---|
| | | | ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN. (Newberger, Stuart) (Entered: 12/14/2012) |
| 12/24/2012 | 258 | | NOTICE of Voluntary Dismissal re Frederick Arthur Bradley (Portnoy, Aryeh) (Entered: 12/24/2012) |
| 12/24/2012 | 259 | | MOTION for Leave to File *Amended Complaint in Intervention* by CLARA LEAH ALIGANGA, JESSE NATHANAEL ALIGANGA, EDITH BARTLEY, GLADIS BALDWIN BARTLEY, JULIAN LEOTIS BARTLEY, SR, JULIAN LEOTIS BARTLEY, JR, MARY LS BARTLEY, KATHLEEN MARTIN BOELLERT, DENNIS ARTHUR BRADLEY, KENNETH ALBA BRADLEY, MARY CATHERINE BRADLEY, NEAL ALAN BRADLEY, SUSAN MARTIN BRYSON, LEAH ANN COLSTON, MARGARET GAYLE CORNETT, EGAMBI FRED KIBUHIRU DALIZU, JEAN ROSE DALIZU, LORI ELAINE DALIZU, MANGIARU VIDIJA DALIZU, TEMINA ENGESIA DALIZU, GWENDOLYN FREDERIC DENEY, WILLIAM RUSSELL DLAUCKE, CHRISTA GAY FOX, JAMES HERBERT FREEMAN, JUNE BEVERLY FREEMAN, ROSE BANKS FREEMAN, SHEILA ELAINE FREEMAN, GWENDOLYN TAUWANA GARRETT, JEANETTE ELLA MARIE GOINES, MOLLY HUCKABY HARDY, LAWRENCE ANTHONY HICKS, BONNIE SUE HOBSON, KENNETH RAY HOBSON, II(Decedent), MEGHAN ELIZABETH HOBSON, DEBORAH HOBSON−BIRD, JANE HUCKABY, MAISHA KIRK HUMPHREY, HOWARD CHARLES KAVALER, LEON KAVALER, MAYA PIA KAVALER, PEARL DANIELS KAVALER, PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, ARLENE BRADLEY KIRK, ROBERT KIRK, JR, ROBERT MICHAEL KIRK, DOUGLAS KLAUCKE, JAMES ROBERT KLAUCKE, KAREN MARIE KLAUCKE, JOSEPH DENEGRE MARTIN, JR, JOSEPH DENEGRE MARTIN, III, MARY LOUISE MARTIN, STEPHEN HARDING MARTIN, JOYCE MCCRAY, JEWELL PATRICIA NEAL, ANN MICHELLE O'CONNOR, JAMES PAUL O'CONNOR, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, DELBERT RAYMOND OLDS, MAY EVELYN FREEMAN OLDS, SHERRY LYNN OLDS, MARTHA MARTIN OURSO, JENNIFER ERIN PEREZ, BRANDI PLANTS, PATRICIA ANNE BRADLEY WILLIAMS, KATHERINE BRADLEY WRIGHT, KIMBERLY ANN ZIMMERMAN (Attachments: # 1 Exhibit Amended Complaint in Intervention, # 2 Exhibit Redline Amended Complaint in Intervention, # 3 Text of Proposed Order)(Portnoy, Aryeh) (Entered: 12/24/2012) |
| 12/26/2012 | 260 | | REQUEST from PLAINTIFFS for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens |

| | | |
|---|---|---|
| | | Services, pursuant to 28 U.S.C. 1608(a)(4). (See Docket Entry 257 to view document) (dr) (Entered: 12/26/2012) |
| 12/26/2012 | 261 | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of each suit, together with a translation of each into the official language of the foreign state on 12/26/2012, by certified mail, return receipt requested, to the U. S. Department of State, Edward Betancourt, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Proof of Mailing) (dr) (Entered: 12/26/2012) |
| 01/02/2013 | | MINUTE ORDER: Upon consideration of 259 Aliganga plaintiffs' motion for leave to file an amended complaint in intervention, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 1/2/2013. (lcjdb2) (Entered: 01/02/2013) |
| 01/02/2013 | 262 | AMENDED COMPLAINT in INTERVENTION against IRANIAN MINISTRY OF INFORMATION AND SECURITY, ISLAMIC REPUBLIC OF IRAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN filed by ALL INTERVENOR PLAINTIFFS.(jf, ) Modified on 1/3/2013 to edit party(dr). (Entered: 01/03/2013) |
| 02/28/2013 | 265 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN served on 2/12/2013, answer due 4/13/2013. (Attachments: # 1 Affidavit)(td, ) Modified on 3/4/2013 that original documents have been mailed to counsel Stuart Newberger (td, ). (Entered: 03/04/2013) |
| 03/01/2013 | 263 | Letter from Kenneth L. Adams, John Aldock, Deborah Greenspan, Oliver Diaz, Brad Pigott, Stephen Saltzburg and Jack Williams (Attachments: # 1 Attachment) (td, ) . Modified to delete attachments not associated with this entry on 3/4/2013 (td, ). (Entered: 03/04/2013) |
| 03/04/2013 | 264 | Letter from Kenneth L. Adams (Attachments: # 1 Attachment) (td, ) (Entered: 03/04/2013) |
| 03/13/2013 | 266 | NOTICE of Appearance by William Coleman Dowden, III on behalf of JAMES OWENS (Dowden, William) (Entered: 03/13/2013) |
| 03/22/2013 | 267 | MOTION for Leave to File *5th Amended Complaint* by JAMES OWENS (Fay, Thomas) (Entered: 03/22/2013) |
| 03/22/2013 | 268 | ENTERED IN ERROR. . . . .MEMORANDUM re 149 Amended Complaint filed by ALL PLAINTIFFS by JAMES OWENS. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Fay, Thomas) Modified on 3/25/2013 (td, ). (Entered: 03/22/2013) |
| 03/22/2013 | 269 | MEMORANDUM re 149 Amended Complaint filed by ALL PLAINTIFFS by JAMES OWENS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Fay, Thomas) (Entered: 03/22/2013) |
| 03/22/2013 | 271 | Report of Special Master, Peter G. Griffin, pursuant to order of reference concerning counts III−VII (Pressley) (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 4, # 5 Exhibit 5); (Exhibit 3 video |

| | | | |
|---|---|---|---|
| | | | maintained in Clerk's Office Fileroom)(td, ) Modified text on 3/26/2013 (td, ). (Entered: 03/26/2013) |
| 03/22/2013 | 272 | | Report of Special Master,Paul G. Griffin, pursuant to order of reference concerning counts XIX−XXI (Sparks) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (td, ) Modified text on 3/26/2013 (td, ). (Entered: 03/26/2013) |
| 03/22/2013 | 273 | | Report of Special Master ,Paul G. Griffin, pursuant to order of reference concerning counts XXII−XXIV (Spiers) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (td, ) Modified on 3/26/2013 (td, ). (Entered: 03/26/2013) |
| 03/22/2013 | 274 | | Report of Special Master pursuant to order of reference concerning counts I−II (Owens)by Paul G. Griffin (td, ) (Entered: 03/26/2013) |
| 03/22/2013 | 275 | | Report of Special Master,Peter G. Griffin, pursuant to order of reference concerning counts VIII−X (Bomer) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6); (Exhibit 7 video maintained in Clerk's Office Fileroom) (td, ) (Entered: 03/26/2013) |
| 03/22/2013 | 276 | | Report of Special Master,Peter G. Griffin, pursuant to order of reference concerning counts XI−XIII (Clyde M. Hirn and Family) (td, ) (Entered: 03/26/2013) |
| 03/22/2013 | 277 | | Report of Special Master, by Peter G. Griffin, pursuant to order of reference concerning counts XIV−XVIII (Worley Lee Reed, Joyce Ann Reed, and family) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (td, ) (Entered: 03/26/2013) |
| 03/25/2013 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 268 Memorandum was entered in error and counsel refiled said pleading as docket entry no. 269. (td, ) (Entered: 03/25/2013) |
| 03/26/2013 | | | MINUTE ORDER: Upon consideration of 267 the Owens plaintiffs' motion for leave to file a fifth amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and the entire record herein, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 3/26/2013. (lcjdb2) (Entered: 03/26/2013) |
| 03/26/2013 | 270 | | FIFTH AMENDED COMPLAINT against IRANIAN MINISTRY OF INFORMATION AND SECURITY, ISLAMIC REPUBLIC OF IRAN, ISLAMIC REPUBLIC OF IRAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN, REPUBLIC OF SUDAN filed by ALL PLAINTIFFS.(td, ) (Entered: 03/26/2013) |
| 03/27/2013 | 278 | | Amended Report of Special Master pursuant to order of reference concerning counts III−VII (Pressley) (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 4, # 5 Exhibit 5) ; (Exhibit 3 is a Video maintained in Clerk's Office Fileroom)(td, ) (Entered: 03/27/2013) |
| 03/27/2013 | 279 | | Amended Report of Special Master pursuant to order of reference concerning counts XIV−XVIII (Worley Lee Reed, Joyce Ann Reed, and Family) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (td, ) (Entered: 03/27/2013) |
| 03/28/2013 | 280 | | MOTION for Order *to Seal Special Master Reports* by JAMES OWENS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Fay, Thomas) (Entered: 03/28/2013) |

| | | |
|---|---|---|
| 03/28/2013 | | MINUTE ORDER: Upon consideration of 280 the Owens plaintiffs' motion for leave to file Special Master Reports under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and that 271 272 273 274 275 276 277 278 279 the Special Master Reports shall be filed under seal. SO ORDERED. Signed by Judge John D. Bates on 3/28/2013. (lcjdb2) (Entered: 03/28/2013) |
| 04/12/2013 | 281 | MINUTE ORDER: It is hereby ORDERED that plaintiffs' counsel shall notify the Court when the final Special Master Report has been filed in this case. SO ORDERED. Signed by Judge John D. Bates on 4/12/2013. (lcjdb2) (Entered: 04/12/2013) |
| 04/18/2013 | 282 | AFFIDAVIT OF SERVICE by U.S. Department of State in Consolidated Cases upon defendants under diplomatic note, number 0844 dated and delivered on September 11, 2012 re Memorandum & Opinion and Order. *Originals mailed to Plaintiff's Counsel*. (rdj) (Entered: 04/19/2013) |
| 04/30/2013 | 283 | NOTICE by JOHN CHARLES SWANSON (Swanson, John) (Entered: 04/30/2013) |
| 04/30/2013 | 284 | MOTION for Order for payment of Special Master Fees by JOHN CHARLES SWANSON; (See docket entry no. 283 to view document) (td, ) (Entered: 05/01/2013) |
| 06/13/2013 | 285 | MOTION to Seal Case by JAMES OWENS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Fay, Caragh) (Entered: 06/13/2013) |
| 06/14/2013 | | NOTICE OF ERROR re 285 Motion to Seal Case; emailed to caraghfay@aol.com, cc'd 23 associated attorneys — The PDF file you docketed contained errors: 1. Do not refile. FYI: The electronic filing signatue should match the signature on the filed document. (td, ) (Entered: 06/14/2013) |
| 06/14/2013 | | MINUTE ORDER: Upon consideration of 285 the Owens plaintiffs' motion for leave to file a supplemental Special Master Report, an amended Special Master Report, and Proposed Findings of Fact and Conclusions of Law under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED. Signed by Judge John D. Bates on 6/14/2013. (lcjdb2) (Entered: 06/14/2013) |
| 06/14/2013 | | ***Case Unsealed (lcjdb2) (Entered: 06/14/2013) |
| 06/18/2013 | 286 | SEALED DOCUMENT filed by JAMES OWENS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(ztd, ) (Entered: 06/18/2013) |
| 06/18/2013 | 287 | SEALED DOCUMENT filed by JAMES OWENS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order, # 7 Text of Proposed Order)(ztd, ) (Entered: 06/18/2013) |
| 06/18/2013 | 288 | SEALED DOCUMENT filed by JAMES OWENS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(ztd, ) (Entered: 06/18/2013) |
| 07/09/2013 | 289 | |

| | | |
|---|---|---|
| | | ORDER granting 284 motion for payment. Signed by Judge John D. Bates on 7/9/2013. (lcjdb2) (Entered: 07/09/2013) |
| 07/16/2013 | 290 | Unopposed MOTION for Protective Order by U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit A (subpoena), # 2 Text of Proposed Order)(Risner, Scott) (Entered: 07/16/2013) |
| 07/19/2013 | 291 | PROTECTIVE ORDER. Signed by Judge John D. Bates on 7/19/2013. (lcjdb2) (Entered: 07/19/2013) |
| 07/19/2013 | 292 | LEAVE TO FILE DENIED− Plaintiff's proposed order "Leave to file DENIED. Proposed order and chart already docketed, DE 288−4 & DE 287−4.".Signed by Judge John D. Bates on 7/19/13. This document is unavailable as the Court denied its filing. (td, ) (Entered: 07/19/2013) |
| 07/19/2013 | 293 | MOTION for Leave to File by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order)(td, ) (Additional attachment(s) added on 7/23/2013: # 2 Text of Proposed Order Sealed) (td, ). (Entered: 07/23/2013) |
| 08/06/2013 | 294 | NOTICE of Appearance by Molly Patricia Hoffman on behalf of JAMES OWENS (Hoffman, Molly) (Entered: 08/06/2013) |
| 11/05/2013 | 295 | NOTICE OF WITHDRAWAL OF APPEARANCE as to U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. Attorney Scott Risner terminated. (Risner, Scott) (Entered: 11/05/2013) |
| 01/31/2014 | | MINUTE ORDER: The Court wishes to advise plaintiffs and their counsel that it intends to issue its Order and Opinion regarding the disposition of the Owens plaintiffs' claims. It is, therefore, hereby ORDERED that plaintiffs show cause in writing by February 14, 2014, why this Order and Opinion should not be placed on the public record, and instead be filed under seal. In their submission, counsel are directed to consider and discuss the possibility of redaction of specific portions of the Order and Opinion, as opposed to the sealing of the entire document. Signed by Judge John D. Bates on 1/31/2014. (lcjdb2) (Entered: 01/31/2014) |
| 02/03/2014 | 296 | (Terminated pursuant to errata 297 ). . . . .MOTION for Order *to Redact Judge's Opinion* by JAMES OWENS (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Fay, Thomas) (Entered: 02/03/2014) |
| 02/03/2014 | 297 | ERRATA by ALL PLAINTIFFS 296 MOTION for Order *to Redact Judge's Opinion* filed by JAMES OWENS. (Fay, Thomas) (Entered: 02/03/2014) |
| 02/03/2014 | 298 | MOTION for Order *to Redact Judge's Opinion* by ALL PLAINTIFFS (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2)(Fay, Thomas) (Entered: 02/03/2014) |
| 02/03/2014 | 299 | MOTION for Order *to Separate Judgements* by ALL PLAINTIFFS (Attachments: # 1 Memorandum in Support Memorandum in Support Of Motion to Separate Judgements, # 2 Exhibit Exhibit 1, # 3 Text of Proposed Order Order)(Fay, Thomas) (Entered: 02/03/2014) |
| 02/04/2014 | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines: Response to Show Cause due by 2/14/2014. (tb, ) (Entered: 02/04/2014) |
| 03/28/2014 | 300 | | MEMORANDUM OPINION. See text for details. Signed by Judge John D. Bates on 3/28/2014. (lcjdb2) (Entered: 03/28/2014) |
| 03/28/2014 | 301 | | ORDER. See text and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 3/28/14. (lcjdb2) (Entered: 03/28/2014) |
| 03/31/2014 | 302 | | SEALED MEMORANDUM OPINION (This document is SEALED and only available to authorized persons.) Signed by Judge John D. Bates on 03/28/2014. (zjth) (Entered: 03/31/2014) |
| 03/31/2014 | 303 | | SEALED ORDER (This document is SEALED and only available to authorized persons.) Signed by Judge John D. Bates on 03/28/2014. (zjth) (Entered: 03/31/2014) |
| 04/04/2014 | 304 | | MOTION for Entry of Final Judgment by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order)(Fay, Thomas) (Entered: 04/04/2014) |
| 04/11/2014 | 305 | | ORDER granting 304 motion for entry of final judgment. See text for details. Signed by Judge John D. Bates on 4/11/14. (lcjdb2) (Entered: 04/11/2014) |
| 04/15/2014 | 306 | | AFFIDAVIT REQUESTING FOREIGN MAILING by ALL PLAINTIFFS. (Fay, Thomas) (Entered: 04/15/2014) |
| 04/21/2014 | 307 | | REQUEST from ALL PLAINTIFFS for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (See docket entry no. 306 to view document.) (td, ) (Entered: 04/21/2014) |
| 04/28/2014 | 308 | | NOTICE of Appearance by Asim A. Ghafoor on behalf of MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN, REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF SUDAN, REPUBLIC OF SUDAN (Ghafoor, Asim) (Entered: 04/28/2014) |
| 04/28/2014 | 309 | | ENTERED IN ERROR.....NOTICE OF APPEAL TO DC CIRCUIT COURT as to (88 in 1:08−cv−01377−JDB) Order by REPUBLIC OF SUDAN(Ministry of External Affairs). Filing fee $ 505, receipt number 0090−3698815. Fee Status: Fee Paid. Parties have been notified. (Ghafoor, Asim) Modified on 4/29/2014 (ztnr, ). (Entered: 04/28/2014) |
| 04/29/2014 | 310 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date 4/28/14 re 309 Notice of Appeal to DC Circuit Court. (td, ) (Entered: 04/29/2014) |
| 04/29/2014 | | | NOTICE OF CORRECTED DOCKET ENTRY: 309 Notice of Appeal to DC Circuit Court was entered in error as appeal and receipt # was spread from CA 08−1377. Counsel contacted court and is refiling appeal in this case. (ztnr, ) (Entered: 04/29/2014) |
| 04/29/2014 | 311 | | Supplemental Record on Appeal, updated docket sheet, transmitted to US Court of Appeals re 309 Notice of Appeal to DC Circuit Court. (ztnr, ) (Entered: 04/29/2014) |

| 05/02/2014 | 312 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 305 Order on Motion for Entry of Final Judgment by REPUBLIC OF SUDAN. Filing fee $ 505, receipt number 0090−3698824. Fee Status: Fee Paid. Parties have been notified. (Ghafoor, Asim) Modified on 5/2/2014 to reflect fee paid(rdj). (Entered: 05/02/2014) |
|---|---|---|
| 05/02/2014 | 313 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 312 Notice of Appeal to DC Circuit Court. (rdj) (Entered: 05/02/2014) |
| 05/07/2014 | 314 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 5/7/14, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 Pick−Up Confirmation) (td, ) (Entered: 05/07/2014) |
| 05/08/2014 | 315 | AFFIDAVIT REQUESTING FOREIGN MAILING by ALL PLAINTIFFS. (Dowden, William) (Entered: 05/08/2014) |
| 05/12/2014 | 316 | CERTIFICATE OF CLERK of mailing one copy of the Order of Judgment and Memorandum Opinion, together with a translation of each into the official language of the foreign state on 5/12/14, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (td, ) (Additional attachment(s) added on 5/12/2014: # 1 DHL Pickup Confirmation) (td, ). (Entered: 05/12/2014) |
| 05/12/2014 | 317 | REQUEST from Plaintiffs for the Clerk to effect service of one copy of the Order of Judgment and Memorandum Opinion, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3); (See docket entry no. 315 in case no. 01−cv−2244; 99 in 08−1377, and 52 in 10−356. (td, ) (Entered: 05/12/2014) |
| 05/19/2014 | 318 | NOTICE *Ordering of Transcripts for Consolidated Appeal 14−5105* by MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN(Ministry of External Affairs), REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF SUDAN (Ghafoor, Asim) (Entered: 05/19/2014) |
| 05/19/2014 | 320 | MOTION for Protective Order by U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(znmw, ) (Entered: 05/23/2014) |
| 05/21/2014 | 319 | AFFIDAVIT *of William Coleman Dowden, III, Esq. Regarding Service of Process* by JAMES OWENS. (Attachments: # 1 Exhibit, # 2 Errata)(Dowden, William) (Entered: 05/21/2014) |
| 05/23/2014 | 321 | MOTION for Order *Permitting Plaintiffs to Proceed with Service of the Judgment Entered on March 28, 2014 in English and Arabic Through Diplomatic Channels* by ALL PLAINTIFFS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Dowden, William) (Entered: 05/23/2014) |
| 05/28/2014 | 322 | ORDER granting 320 motion for protective order. See text for details. Signed by Judge John D. Bates on 5/27/14. (lcjdb2) (Entered: 05/28/2014) |

| 05/28/2014 | 323 | ORDER denying 321 plaintiffs' motion for order. See text for details. Signed by Judge John D. Bates on 5/28/14. (lcjdb2) (Entered: 05/28/2014) |
|---|---|---|
| 06/06/2014 | 324 | NOTICE *to request that the Court take all necessary steps, pursuant to 28 USC Section 1608(a)(4) to effect service on Defendant, Republic of Sudan via diplomatic channels* by JAMES OWENS re 306 Affidavit Requesting Foreign Mailing (Dowden, William) (Entered: 06/06/2014) |
| 06/11/2014 | 325 | REQUEST from Plaintiffs for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4); (See Docket Entry No.: 324 to view document.) (td, ) (Entered: 06/11/2014) |
| 06/11/2014 | 326 | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on June 11, 2014, by certified mail, return receipt requested, to the U. S. Department of State, Edward Betancourt, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (td, ) (Entered: 06/11/2014) |
| 06/13/2014 | 327 | AFFIDAVIT *of William Coleman Dowden, III, Esq. Regarding Service of Process* by ALL PLAINTIFFS. (Dowden, William) (Entered: 06/13/2014) |
| 06/18/2014 | 328 | NOTICE *Requesting to Take All Necessary Steps Pursuant to 28 USC Section 1608 (a)(4)to Effect Service on Defendant the Islamic Republic of Iran via Diplomatic Channels* by ALL PLAINTIFFS re 315 Affidavit Requesting Foreign Mailing (Dowden, William) (Entered: 06/18/2014) |
| 06/19/2014 | 329 | REQUEST from Plaintiffs for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4); (See docket entry no. 328 to view document.) (td, ) (Entered: 06/19/2014) |
| 06/19/2014 | 330 | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 6/19/14, by certified mail, return receipt requested, to the U. S. Department of State, Edward Betancourt, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 UPS Waybill No: H556 749 265 4) (td, ) (Entered: 06/19/2014) |
| 06/23/2014 | 331 | NOTICE of receipt of documents by the State Department re 330 Certificate of Clerk − 28USC1608(a)(4),, (td, ) (Entered: 06/24/2014) |
| 06/26/2014 | | USCA Case Number 14−5105 for 312 Notice of Appeal to DC Circuit Court, filed by REPUBLIC OF SUDAN. (erd) (Entered: 06/26/2014) |
| 09/09/2014 | 332 | Report of Special Master Signed by Paul G. Griffin, Special Master on 9/9/2014. (GRIFFIN, PAUL) Modified on 9/9/2014 to change filer of |

report.(ztnr, ) (Entered: 09/09/2014)

| | | | |
|---|---|---|---|
| 09/09/2014 | 333 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/09/2014 | 334 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/09/2014 | 335 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/09/2014 | 336 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/09/2014 | 337 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/09/2014 | 338 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/09/2014 | 339 | | Report of Special Master. Signed by Special Master Paul G. Griffin on 09092014. (GRIFFIN, PAUL) (Entered: 09/09/2014) |
| 09/17/2014 | 340 | | MOTION for Order to Show Cause by ALL PLAINTIFFS (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Dowden, William) (Entered: 09/17/2014) |
| 09/18/2014 | 341 | | Report of Special Master Signed by Special Master Paul G. Griffin on 9/19/2014. (GRIFFIN, PAUL) (Entered: 09/18/2014) |
| 09/18/2014 | 342 | | Report of Special Master Signed by Special Master Paul G. Griffin on 09182014. (GRIFFIN, PAUL) (Entered: 09/18/2014) |
| 09/26/2014 | 343 | | ORDER denying 340 plaintiffs' motion for order to show cause. See text of Order for details. Signed by Judge John D. Bates on 9/26/14. (lcjdb2) (Entered: 09/26/2014) |
| 10/03/2014 | 344 | | Filing of Special Master:Expert Report of Steven A. Wolf Signed by Paul G. Griffin on 10−03−2014. (GRIFFIN, PAUL) (Entered: 10/03/2014) |
| 10/15/2014 | 345 | | MEMORANDUM OPINION. See text for details. Signed by Judge John D. Bates on 10/15/14. (lcjdb2) (Entered: 10/15/2014) |
| 10/15/2014 | 346 | | ORDER adopting in part and modifying in part [332−39, 341−42] special master reports. See text of Order and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 10/15/14. (lcjdb2) (Entered: 10/15/2014) |
| 10/24/2014 | 347 | | MOTION to Amend/Correct 345 Memorandum & Opinion, 346 Order by ALL INTERVENOR PLAINTIFFS (Attachments: # 1 Text of Proposed Order Proposed Order)(Portnoy, Aryeh) (Entered: 10/24/2014) |
| 10/24/2014 | | | MINUTE ORDER: Upon consideration of 347 plaintiffs' motion to correct memorandum opinion and order, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the 345 memorandum opinion and 346 order issued on October 15, 2014, shall be amended to correct certain plaintiffs' names. SO ORDERED. Signed by |

| | | | |
|---|---|---|---|
| | | | Judge John D. Bates on 10/24/14. (lcjdb2) (Entered: 10/24/2014) |
| 10/24/2014 | 348 | | AMENDED MEMORANDUM OPINION. See text for details. Signed by Judge John D. Bates on 10/24/14. (lcjdb2) (Entered: 10/24/2014) |
| 10/24/2014 | 349 | 119 | AMENDED ORDER adopting in part and modifying in part [332−39, 341−42] special master reports. See text of Amended Order and accompanying Amended Memorandum Opinion for details. Signed by Judge John D. Bates on 10/24/14. (lcjdb2) (Entered: 10/24/2014) |
| 11/23/2014 | 350 | | Unopposed MOTION for Extension of Time to *File Appeal* by REPUBLIC OF SUDAN, REPUBLIC OF SUDAN(Ministry of External Affairs) (Ghafoor, Asim) (Entered: 11/23/2014) |
| 11/24/2014 | | | MINUTE ORDER: Upon consideration of 350 defendant's unopposed motion for an extension of time to file notice of appeal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendant shall file its notice of appeal from this Court's October 24, 2014, Order by not later than December 23, 2014. SO ORDERED. Signed by Judge John D. Bates on 11/24/14. (lcjdb2) (Entered: 11/24/2014) |
| 11/26/2014 | | | Set/Reset Deadlines: Notice of Appeal due by 12/23/2014. (tb, ) (Entered: 11/26/2014) |
| 12/23/2014 | 351 | 118 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 349 Order by REPUBLIC OF THE SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, REPUBLIC OF THE SUDAN(Ministry of External Affairs). Filing fee $ 505, receipt number 0090−3945375. Fee Status: Fee Paid. Parties have been notified. (Ghafoor, Asim) (Entered: 12/23/2014) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Owens, et al. | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO.  1:01-cv-02244 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
| Defendants. | § | |

### DEFENDANTS' REPUBLIC OF SUDAN AND MINISTRY OF INTERIOR OF SUDAN
### NOTICE OF APPEAL

Notice is hereby given this 23rd day of December, 2014 that Defendants Republic of Sudan and Ministry of Interior for the Republic of Sudan hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court [ECF Document 349] entered on October 24, 2014 in the above-styled case in favor of the Aliganga/Bartley Intervenor Plaintiffs against the Republic of Sudan and Ministry of Interior for the Republic of Sudan.

Respectfully submitted,

_____

Asim AR Ghafoor
Law Office of Asim Ghafoor
1101 30th Street, Suite 500
Washington, DC 20007
Telephone: 202-625-4393
Fax: 832-202-2076
asim@glawoffice.com

Attorney, Republic of Sudan, Ministry of Interior for the Republic of Sudan

TO:    Clerk of the Court
       United States Court of Appeals
       District of Columbia Circuit
       333 Constitution Avenue NW
       Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES OWENS, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 01-2244 (JDB)** |
| **REPUBLIC OF SUDAN, et al.,** | |
| **Defendants.** | |

## <u>AMENDED ORDER</u>

Upon consideration of [332–39, 341–42] Special Master Paul Griffin's Reports, and the entire record herein, it is hereby

**ORDERED** that [332–39, 341–42] the Special Master Reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of the remaining plaintiffs ("Aliganga Plaintiffs") and against defendants in the total amount of $622,301,129.50; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED**.

<div align="right">

/s/
_____
JOHN D. BATES
United States District Judge

</div>

Dated:  <u>October 24, 2014</u>

**"Aliganga Plaintiffs"**

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable pre-judgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jesse Nathanael Aliganga | Deceased | | | $914,061 | $0 | | $914,061 | $914,061.00 |
| 2 | | | Clara Leah Aliganga | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 3 | | | Leah Ann Colston | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 4 | Julian Leotis Bartley, Sr. | Deceased | | | $1,686,985 | $0 | | $1,686,985 | $1,686,985.00 |
| 5 | Julian Leotis Bartley, Jr. | Deceased | | | $2,521,526 | $1,000,000 | | $3,521,526 | $4,783,376.00 |
| 6 | | | Mary Linda Sue Bartley | Wife of Bartley, Sr.; Mother of Bartley, Jr. | | | $13,000,000 | $13,000,000 | $29,404,050.00 |
| 7 | | | Edith Lynn Bartley | Daughter of Bartley, Sr.; Sister of Bartley, Jr. | | | $7,500,000 | $7,500,000 | $16,963,875.00 |
| 8 | | | Gladys Baldwin Bartley | Mother of Bartley, Sr. | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 9 | Jean Rose Dalizu | Deceased | | | $227,086 | $0 | | $227,086 | $227,086.00 |
| 10 | | | Egambi Fred Kibuhiru Dalizu | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 11 | | | Temina Engesia Dalizu | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 12 | | | Lori Elaine Dalizu | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 13 | | | Lawrence Anthony Hicks | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 14 | | | Mangairu Vidija Dalizu | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 15 | | | Rose Banks Freeman | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 16 | | | Gwendolyn Tauwana Garrett | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 17 | | | Joyce McCray | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 18 | | | Jeanette Ella Marie Goines | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 19 | | | June Beverly Freeman | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 20 | | | Sheila Elaine Freeman | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 21 | | | Jewell Patricia Neal | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 22 | | | James Herbert Freeman | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 23 | Molly Huckaby Hardy | Deceased | | | $1,234,785 | $0 | | $1,234,785 | $1,234,785.00 |
| 24 | | | Brandi Plants | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 25 | | | Jane Huckaby | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 26 | Kenneth Ray Hobson II | Deceased | | | $965,530 | $0 | | $965,530 | $965,530.00 |
| 27 | | | Deborah Hobson-Bird | Wife | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 28 | | | Kenneth Ray Hobson | Father | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 29 | | | Bonnie Sue Hobson | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 30 | | | Meghan Elizabeth Hobson | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 31 | Prabhi Guptara Kavaler | Deceased | | | $1,775,096 | $0 | | $1,775,096 | $1,775,096.00 |
| 32 | Howard Charles Kavaler | Injured | | | | $1,500,000 | $8,000,000 | $9,500,000 | $21,487,575.00 |
| 33 | | | Tara Lia Kavaler | Daughter (of both) | | | $6,500,000 | $6,500,000 | $14,702,025.00 |
| 34 | | | Maya Pia Kavaler | Daughter (of both) | | | $6,500,000 | $6,500,000 | $14,702,025.00 |
| 35 | | | Leon Kavaler | Father of Howard Kavaler | | | $1,500,000 | $1,500,000 | $3,392,775.00 |
| 36 | | | Pearl Daniels Kavaler | Mother of Howard Kavaler | | | $1,500,000 | $1,500,000 | $3,392,775.00 |
| 37 | | | Richard Martin Kavaler | Brother of Howard Kavaler | | | $1,250,000 | $1,250,000 | $2,827,312.00 |
| 38 | Arlene Bradley Kirk | Deceased | | | $543,426 | $0 | | $543,426 | $543,426.00 |
| 39 | | | Robert Kirk, Jr. | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 40 | | | Maisha Kirk Humphrey | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 41 | | | Robert Michael Kirk | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable pre-judgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 42 | | | Mary Katherine Bradley | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 43 | | | Dennis Arthur Bradley | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 44 | | | Neil Alan Bradley | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 45 | | | Katherine Bradley Wright | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 46 | | | Patricia Anne Bradley Williams | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 47 | | | Kenneth Alva Bradley | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 48 | Mary Louise Martin | Deceased | | | $2,339,174 | $0 | | $2,339,174 | $2,339,174.00 |
| 49 | | | Douglas Norman Klaucke | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 50 | | | Karen Marie Klaucke | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 51 | | | William Russell Klaucke | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 52 | | | James Robert Klaucke | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 53 | | | Joseph Denegre Martin, Jr. | Father | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 54 | | | Kathleen Martin Boellert | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 55 | | | Martha Martin Ourso | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 56 | | | Joseph Denegre Martin III | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 57 | | | Michael Hawkins Martin | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 58 | | | Susan Elizabeth Martin Bryson | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 59 | | | Stephen Harding Martin | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 60 | Ann Michelle O'Connor | Deceased | | | $2,195,655 | $0 | | $2,195,655 | $2,195,655.00 |
| 61 | | | James Paul O'Connor | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 62 | | | Jennifer Erin Perez | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 63 | | | Tara Colleen O'Connor | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 64 | | | Micaela Ann O'Connor | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 65 | | | Gwendolyn Frederic Deney | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 66 | Sherry Lynn Olds | Deceased | | | $1,156,543 | $0 | | $1,156,543 | $1,156,543.00 |
| 67 | | | Delbert Raymond Olds | Father | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 68 | | | Mary Evelyn Freeman Olds | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 69 | | | Kimberly Ann Zimmerman | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 70 | | | Marsey Gayle Cornett | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 71 | | | Christa Gay Fox | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| | TOTALS | | | | $15,559,867 | $2,500,000 | $265,750,000 | $283,809,867 | $622,301,129.00 |